AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

MATTHEW THOMAS HARVEY, pro se,

)
)
)
)

*Plaintiff(s)*

v.

CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT,
JEFFREY M. GORE, BRANDY J. DASWANI, KIM C.
OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S.
POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF
HUMAN SERVICES, BRIAN P. KEMP in his official capacity as
Governor of Georgia,

*Defendant(s)*

)
)
)
)
)
)
)
)
)

Civil Action No.
**1:25 -CV- 4688**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney General of Georgia
c/o Christopher M. Carr
40 Capitol Square SW
Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date:  **AUG 19 2025**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                          *Server's signature*

                              _____
                                          *Printed name and title*


                              _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

MATTHEW THOMAS HARVEY, pro se,

)
)
)
)
)
*Plaintiff(s)*                                          )
v.                                                )
CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT,   )
JEFFREY M. GORE, BRANDY J. DASWANI, KIM C.         )
OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. )
POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF  )
HUMAN SERVICES, BRIAN P. KEMP in his official capacity as )
Governor of Georgia,                              )
*Defendant(s)*                                         )

Civil Action No: **25 -CV- 4 6 8 8**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Claire M. Harvey (Individual Capacity)
2567 Garrison Cmns SW
Marietta, GA 30064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: __AUG 19 2025__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                                 _____
                                                          *Printed name and title*

                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

|  |  |
|---|---|
| MATTHEW THOMAS HARVEY, pro se, | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP in his official capacity as Governor of Georgia, | ) |
| *Defendant(s)* | ) |

Civil Action No.

**1 : 25 -CV- 4 6 8 8**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Angela Z. Brown (Individual Capacity)
Cobb County Superior Court
70 Haynes Street
Marietta, Georgia 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: **AUG 19 2025**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒. I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

MATTHEW THOMAS HARVEY, pro se,

*Plaintiff(s)*

v.

CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT,
JEFFREY M. GORE, BRANDY J. DASWANI, KIM C.
OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S.
POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF
HUMAN SERVICES, BRIAN P. KEMP in his official capacity as
Governor of Georgia,

*Defendant(s)*

Civil Action No **1:25 -CV- 4688**.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason D. Marbutt (Individual Capacity)
Cobb County Superior Court
70 Haynes Street
Marietta, Georgia 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date: **AUG 19 2025**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                            *Server's signature*

                              _____
                                            *Printed name and title*


                              _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

MATTHEW THOMAS HARVEY, pro se,

　　　　　　　*Plaintiff(s)*

v.

CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP in his official capacity as Governor of Georgia,

　　　　　　　*Defendant(s)*

Civil Action No. **1:25 -CV- 4688**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jeffrey M. Gore (Individual Capacity)
Cobb County District Attorney's Office
70 Haynes Street
Marietta, Georgia 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date:   **AUG 19 2025**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                        _____
                                                    *Printed name and title*

                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| MATTHEW THOMAS HARVEY, pro se, <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP in his official capacity as Governor of Georgia, <br> *Defendant(s)* | Civil Action No. <br><br> **1 : 25 -CV- 4 6 8 8** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brandy J. Daswani (Individual Capacity)
2440 Sandy Plains Road
Bldg. 27 Suite 100
Marietta, GA 30066
Telephone: 770.726.2648
Facsimile: 470-428-8133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date: ___AUG 19 2025___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                      *Server's signature*

                                         _____
                                                      *Printed name and title*


                                         _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

|  |  |
|---|---|
| MATTHEW THOMAS HARVEY, pro se,<br><br>*Plaintiff(s)*<br>v.<br>CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP in his official capacity as Governor of Georgia,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.<br><br>**1 : 25 -CV- 4 6 8 3** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kim C. Oppenheimer (Individual Capacity)
Glenridge Highlands One
5555 Glenridge Connector
Suite 200
Atlanta, GA 30342
Phone: 404-847-9560
Fax: 404-847-9537

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: __AUG 19 2025__

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

❑ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❑ I returned the summons unexecuted because                    ; or

❑ Other *(specify):*

My fees are $            for travel and $            for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| MATTHEW THOMAS HARVEY, pro se,  <br><br><br> *Plaintiff(s)* <br> v. <br> CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP in his official capacity as Governor of Georgia, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. **1 : 2 5** -CV- **4 6 8 8** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kessler & Solomiany, LLC
c/o Randall M. Kessler
Centennial Tower
101 Marietta Street NW, Suite 3500
Atlanta, Georgia 30303
Phone: (404) 688.8810
Fax: (404) 681.2205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___AUG 19 2023___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                    *Server's signature*

                                 _____
                                    *Printed name and title*


                                 _____
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

MATTHEW THOMAS HARVEY, pro se,

)
)
)
)
)

*Plaintiff(s)*

)

v.

)

Civil Action No.

CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT,
JEFFREY M. GORE, BRANDY J. DASWANI, KIM C.
OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S.
POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF
HUMAN SERVICES, BRIAN P. KEMP in his official capacity as
Governor of Georgia,

)
)
)
)
)

**1 : 25 -CV- 4 6 8 8**

*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stefanie S. Potter (Individual Capacity)
c/o Kessler & Solomiany, LLC
101 Marietta Street NW, Suite 3500
Atlanta, Georgia 30303
Phone: (404) 688.8810
Fax: (404) 681.2205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  AUG 1 9 2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                                                *Server's signature*

                                                   _____
                                                                *Printed name and title*


                                                   _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

MATTHEW THOMAS HARVEY, pro se,

)
)
)
)

*Plaintiff(s)*

)
)

v.

CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP in his official capacity as Governor of Georgia,

)
)
)
)
)
)

Civil Action No.

**1 : 25 -CV- 4 6 8 8**

*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Molly Y. Teplitzky (Individual Capacity)
c/o Kessler & Solomiany, LLC
101 Marietta Street NW, Suite 3500
Atlanta, Georgia 30303·
Phone: (404) 688.8810
Fax: (404) 681.2205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date: **AUG 1 9 2025**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____        _____
                                         *Server's signature*

                              _____
                                          *Printed name and title*


                              _____
                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| MATTHEW THOMAS HARVEY, pro se,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP in his official capacity as Governor of Georgia,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

**1 : 25 -CV- 4 6 8 8**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Georgia Department of Human Services
c/o Candice L. Broce, Commissioner
47 Trinity Avenue SW
Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date: ___ **AUG 19 2025**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

MATTHEW THOMAS HARVEY, pro se, )
)
)
)
*Plaintiff(s)* )
v. )
CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUTT, )
JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. )
OPPENHEIMER, KESSLER & SOLOMIANY, LLC, STEFANIE S. )
POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF )
HUMAN SERVICES, BRIAN P. KEMP in his official capacity as )
Governor of Georgia, )
*Defendant(s)* )

Civil Action No.

**1 : 25 -CV- 4 6 8 3**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Governor Brian Kemp (Official Capacity)
c/o Rhonda Wilson, Designee for Service of Process
Office of the Governor
206 Washington Street
Suite 201, State Capitol
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia [31701]
Mharvey7744@gmail.com
(912) 346-5299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*KEVIN P. WEIMER*
*CLERK OF COURT*

Date: **AUG 1 9 2025**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* . _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

    on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: