UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 23 2025

KEVIN P. WEIMER, Clerk
By: Matthew H            Deputy Clerk

| | |
|---|---|
| MATTHEW THOMAS HARVEY ) | |
| ) | |
| Plaintiff, pro se ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:25-CV-04688-JPB |
| CLAIRE M. HARVEY, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY**

Plaintiff, appearing pro se, respectfully moves for permission to file documents electronically through the Court's *Electronic Case Filing (ECF)* system under Local Rule 5.1(A)(3) and Appendix H of the NDGA Administrative Procedures for Filing, Signing, and Verifying Pleadings by Electronic Means, and states as follows:

1. Plaintiff is proceeding without counsel in this matter.

2. Plaintiff has reviewed the NDGA *Administrative Procedures for Electronic Filing* and understands the obligations of electronic filers, including the duty to maintain a valid email address, regularly review notices of electronic filing, and comply with all technical requirements of the CM/ECF system.

3. Plaintiff affirms that he:

   a. Has regular access to a computer with internet capability;

   b. Possesses a valid PACER/NextGen account registered in his name;

1

    c. Has a valid and frequently checked email address;

    d. Has the ability to convert documents into PDF format;

    e. Understands that all filings must comply with Fed. R. Civ. P. 11, the Local Rules, and orders of this Court;

    f. Agrees to accept electronic service of all documents filed via CM/ECF; and

    g. Understands that misuse of the system may result in revocation of e-filing privileges.

4. Plaintiff requests that the Court grant permission to participate in CM/ECF for this case only.

5. Upon entry of an order granting this motion, Plaintiff will contact the NDGA ECF Help Desk to ensure proper linkage of his PACER credentials.

6. In addition, Plaintiff also makes this request as a reasonable accommodation under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.) and applicable Judicial Conference policies. As Plaintiff has documented neurodivergent and trauma-related disabilities, access to CM/ECF will materially reduce cognitive and logistical barriers associated with paper filing, mailing, and physical travel, and will ensure equal access to the Court's processes. This accommodation imposes no undue burden on the Court or other parties.

WHEREFORE, Plaintiff respectfully requests that the Court issue an order granting him permission to file and receive service of documents electronically in this action.

Respectfully submitted this ___ day of _____, 2025.

/s/ Matthew Thomas Harvey
**Matthew Thomas Harvey**
Plaintiff, pro se

Matthew Thomas Harvey
c/o 501 North Slappey Boulevard #1112
Albany, Georgia 31701
Mharvey7744@gmail.com
(912) 346-5299