RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 23 2025

KEVIN P. WEIMER, Clerk
By: Matthew, Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY ) | |
| ) | |
| Plaintiff, pro se ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:25-CV-04688-JPB |
| CLAIRE M. HARVEY, et al., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING PRO SE LEAVE TO FILE ELECTRONICALLY

Upon consideration of Plaintiff's Motion for Leave to File Documents Electronically, and for good cause shown, the Motion is **GRANTED**.

Plaintiff **Matthew Thomas Harvey** is authorized to file and receive documents electronically in this action via the Court's CM/ECF system. This authorization shall serve as a reasonable accommodation pursuant to the **Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)** and applicable Judicial Conference policies.

The Clerk is directed to provide Plaintiff with access to the Court's CM/ECF electronic filing system for purposes of this case. Plaintiff shall comply with all requirements set forth in the NDGA Administrative Procedures for Electronic Filing (Appendix H) and maintain a current email address for receipt of filings. Failure to comply may result in revocation of electronic-filing privileges.

1

**SO ORDERED** this ____ day of _____, 2025

_____
J. P. Boulee
United States District Judge

From: Matthew Harvey
501 N Slappey Blvd
#1112
Albany GA 31701




U.S. POSTAGE PAID
FCM LG ENV
LEESBURG, GA 31763
OCT 14, 2025
30303
$1.90
RDC 99
S2324P503500-06

**CLEARED DATE**

OCT 2 3 2025

U.S. Marshals Service
Atlanta, GA 30303

TO: Clerk of Court
United States District Court
Northern District of Georgia
Atlanta Division
Richard B. Russell Fed. Building
& US Courthouse
75 Ted Turner Dr SW, Room 2211
Atlanta, GA 30303

LEGAL DOCUMENTS