RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 27 2025

KEVIN P. WEIMER, Clerk
By: Matthew H. Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY ) | |
| ) | |
| Plaintiff, pro se ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:25-CV-04688-JPB |
| CLAIRE M. HARVEY, et al., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE

Upon consideration of Plaintiff's Motion for Leave to Effect Alternative Service pursuant to Federal Rules of Civil Procedure 4(e)(1) and 4(j)(2), and O.C.G.A. § 9-11-4(f)(1)(A), and for good cause shown, the Court finds that Plaintiff has exercised due diligence in attempting service and that personal service upon Defendants has proven impracticable. Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**;

2. Plaintiff is authorized to serve Defendants Governor Brian Kemp, Attorney General Christopher Carr, and the Georgia Department of Human Services by the following methods:

   a. U.S. Postal Service Priority Mail with signature confirmation, directed to each Defendant's official address; and

    b. Email to each Defendant's official or counsel-designated email address.

3. Such service shall be deemed effective upon mailing or upon confirmation of delivery by the United States Postal Service.

4. The time for service under Fed. R. Civ. P. 4(m) is hereby extended, if necessary, to permit completion of such service.

**SO ORDERED** this ____ day of _____, 2025

 

_____
J. P. Boulee
United States District Judge