UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br><br>    Plaintiff,<br>v.<br><br>CLAIRE M. HARVEY; ANGELA Z. BROWN; JASON D. MARBUTT; JEFFREY M. GORE; BRANDY J. DASWANI; KIM C. OPPENHEIMER; KESSLER & SOLOMIANY, LLC; STEFANIE S. POTTER, MOLLY Y. TEPLITZKY; GEORGIA DEPARTMENT OF HUMAN SERVICES; BRIAN P. KEMP, in his official Capacity as Governor of Georgia,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:25-CV-04688-JPB |

## NOTICE OF APPEARANCE

COMES NOW, Christine L. Mast of the law firm Hawkins Parnell & Young, LLP, and hereby enters an appearance as counsel of record for Defendants Kessler & Solomiany, LLC; Stefanie S. Potter; and Molly Y. Teplitzky in the above-styled action. The undersigned counsel respectfully requests that all future orders, pleadings, notices, and/or correspondence be issued to counsel of record as follows:

Christine L. Mast  
HAWKINS PARNELL & YOUNG LLP  
303 Peachtree Street, NE, Suite 4000  
Atlanta, GA 30308-3243  
Telephone: (404) 614-7400  
cmast@hpylaw.com

This 30th day of October, 2025.

                                    **HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, Suite 4000      */s/ Christine L. Mast*  
Atlanta, GA  30308-3243      Christine L. Mast  
(404) 614-7400 *(phone)*      Georgia Bar No. 461349  
(855) 889-4588 *(fax)*      *Counsel for Kessler & Solomiany, LLC;*  
cmast@hpylaw.com      *Stefanie S. Potter; and Molly Y. Teplitzky*

# CERTIFICATE OF SERVICE

This is to hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system and served a copy of the same to Plaintiff via email and United States Mail with adequate postage attached:

Matthew Thomas Harvey
c/o 501 North Slappey Boulevard, #1112
Albany, Georgia 31701
mharvey7744@gmail.com
(912) 346-5299

This 30th day of October, 2025.

**HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, Suite 4000
Atlanta, GA  30308-3243
(404) 614-7400 *(phone)*
(855) 889-4588 *(fax)*
cmast@hpylaw.com

*/s/ Christine L. Mast*
Christine L. Mast
Georgia Bar No. 461349
*Counsel for Kessler & Solomiany, LLC;*
*Stefanie S. Potter; and Molly Y. Teplitzky*