UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY, <br><br> Plaintiff, <br><br> v. <br><br> CLAIRE M. HARVEY; ANGELA Z. BROWN; JASON D. MARBUTT; JEFFREY M. GORE; BRANDY J. DASWANI; KIM C. OPPENHEIMER; KESSLER & SOLOMIANY, LLC; STEFANIE S. POTTER, MOLLY Y. TEPLITZKY; GEORGIA DEPARTMENT OF HUMAN SERVICES; BRIAN P. KEMP, in his official Capacity as Governor of Georgia, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:25-CV-04688-JPB <br><br><br> JURY TRIAL DEMANDED |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to LR 3.3 N.D. Ga. and Fed. R. Civ. P. 7.1, Defendants Kessler & Solomiany, LLC; Stefanie S. Potter; and Molly Y. Teplitzky (the "Kessler Defendants"), by and through undersigned counsel of record, hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing this Honorable Court as follows:

1. The undersigned counsel of record for the Kessler Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   **Matthew Thomas Harvey**

   **Claire M. Harvey**

   **Angela Z. Brown**

   **Jason D. Marbutt**

   **Jeffrey M. Gore**

   **Brandy J. Daswani**

   **Kim C. Oppenheimer**

   **Kessler & Solomiany, LLC**

   **Stefanie S. Potter**

   **Molly Y. Teplitzky**

   **Georgia Department of Human Services**

   **Brian P. Kemp in his official capacity as Governor of Georgia**

   **Defendant Kessler & Solomiany, LLC has no parent corporation, nor does any public corporation own 10% or more of the stock of this Defendant.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either

a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Matthew Thomas Harvey**

**Claire M. Harvey**

**Angela Z. Brown**

**Jason D. Marbutt**

**Jeffrey M. Gore**

**Brandy J. Daswani**

**Kim C. Oppenheimer**

**Kessler & Solomiany, LLC**

**Stefanie S. Potter**

**Molly Y. Teplitzky**

**Georgia Department of Human Services**

**Brian P. Kemp in his official capacity as Governor of Georgia**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> Matthew Thomas Harvey
> c/o 501 North Slappey Boulevard #1112
> Albany, Georgia 31701
> (912) 346-5299
> mharvey7744@gmail.com
> *Representing himself pro se*

Christine L. Mast
HAWKINS PARNELL & YOUNG LLP
303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
cmast@hpylaw.com
*Counsel for Kessler & Solomiany, LLC,*
*Stefanie S. Potter, and Molly Y. Teplitzky*

We are unaware of counsel for the other defendants.

This 30th day of October, 2025.

|  |  |
|---|---|
|  | **HAWKINS PARNELL & YOUNG, LLP** |
| 303 Peachtree Street, Suite 4000<br>Atlanta, GA  30308-3243<br>(404) 614-7400 *(phone)*<br>(855) 889-4588 *(fax)*<br>cmast@hpylaw.com | */s/ Christine L. Mast*<br>Christine L. Mast<br>Georgia Bar No. 461349<br>*Counsel for Kessler & Solomiany, LLC;*<br>*Stefanie S. Potter; and Molly Y. Teplitzky* |

## CERTIFICATE OF SERVICE

This is to hereby certify that I have this day electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system and served a copy of the same to Plaintiff via email and United States Mail with adequate postage attached:

Matthew Thomas Harvey
c/o 501 North Slappey Boulevard, #1112
Albany, Georgia 31701
mharvey7744@gmail.com
(912) 346-5299

This 30th day of October, 2025.

**HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, Suite 4000
Atlanta, GA  30308-3243
(404) 614-7400 *(phone)*
(855) 889-4588 *(fax)*
cmast@hpylaw.com

*/s/ Christine L. Mast*
Christine L. Mast
Georgia Bar No. 461349
*Counsel for Kessler & Solomiany, LLC;*
*Stefanie S. Potter; and Molly Y. Teplitzky*