IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW THOMAS HARVEY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-04688-JPB |
| CLAIRE M. HARVEY, *et al*. | § § § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE

Noah Green, of Henefeld & Green, hereby enters an appearance on behalf of Defendant Claire Harvey. Counsel may be contacted at:

Henefeld & Green P.C.
3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
ngreen@henefeldgreen.com
Tel.: (404) 841-1275
Fax: (404) 841-0248

This 1st day of November 2025.

                                                  HENEFELD & GREEN, P.C.

                                                  /s/ Noah Green
                                                  Noah Green
                                                  Georgia Bar No. 468138
                                                  *Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing *Notice of Appearance on Behalf of Claire M. Harvey*, using the Court's CM/ECF system, which will automatically provide notice of same to all parties of record who are registered to receive notices. Additionally, the filing will be mailed to Plaintiff at this address of record, as follows:

Matthew Harvey
501 North Slappey Boulevard, #1112
Albany, Georgia 31701

This 1st day of November 2025.

                                                                                   HENEFELD & GREEN, P.C.

                                                                                   /s/ Noah Green
                                                                                   Noah Green
                                                                                   Georgia Bar No. 468138
                                                                                  *Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com