IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW THOMAS HARVEY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-04688-JPB |
| CLAIRE M. HARVEY, *et al*. | § § § | |
| *Defendants*. | § | |

## DEFENDANT CLAIRE HARVEY'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Claire Harvey, with her Motion for an Extension of Time to Respond to Plaintiff's Complaint, as follows:

Defendant Harvey, in good faith, seeks an extension of time to file her responsive pleading to Plaintiff's Complaint, through and including December 15, 2025. After filing a notice of appearance in the case, [Doc. 14], the undersigned received an email from Plaintiff stating that he intends to file an amended complaint "shortly."[1] When the undersigned then requested Plaintiff's consent for the extension based on his email, he refused. A responsive pleading is currently due November 12, 2025. According to the docket, other defendants who received

---

[1] The email from Plaintiff reads in relevant part, "Please don't feel pressured to prepare a full response to the current complaint by November 12th. I intend to file an amended version shortly, so I'd rather not see Claire incur unnecessary expense for work that will soon be mooted."

1

and returned service waivers have responsive pleadings due on December 15, 2025. [*See* Docs. 15, 16]. To preserve client resources, Defendant requests an extension to allow Plaintiff to file his amended complaint and a deadline in accordance with the time permitted to co-defendants to respond. If an amended complaint has not been filed at the conclusion of the extension, Defendant Harvey will file her responsive pleading to the current Complaint, [Doc. 1].

The case has just been filed, and again, according to the docket, other defendants who received and returned service waivers have responsive pleadings due on December 15, 2025. [Docs. 15, 16]. This case is not currently on any pre-trial calendar, and discovery has not commenced. Thus, the granting of this extension will not require the rescheduling of any timing orders or published calendar, nor will it delay the progress of the case.

Respectfully submitted this 7th day of November 2025.

                                          **HENEFELD & GREEN, P.C.**

                                          /s/ Noah Green
                                          Noah Green
                                          Georgia Bar No. 468138
                                          *Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

2

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing *Defendant Claire Harvey's Motion for Extension of Time to Respond to Plaintiff's Complaint*, using the Court's CM/ECF system, which will automatically provide notice of same to all parties of record who are registered to receive notices. Additionally, the filing will be mailed to Plaintiff at this address of record, as follows:

Matthew Harvey
501 North Slappey Boulevard, #1112
Albany, Georgia 31701

This 7th day of November 2025.

                                                                              HENEFELD & GREEN, P.C.

                                                                              /s/ Noah Green
                                                                              Noah Green
                                                                              Georgia Bar No. 468138
                                                                              *Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com