IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY, § § *Plaintiff*, § § v. § § CLAIRE M. HARVEY, *et al*. § § *Defendants*. § | CIVIL ACTION NO. 1:25-cv-04688-JPB |

**[PROPOSED] ORDER**

Defendant Harvey, having come before me, and for good cause shown, it is hereby ORDERED that the Motion for Extension of Time to Respond to Plaintiff's Complaint is granted, and the deadline to respond to Plaintiff's Complaint is extended to December 15, 2025.

SO ORDERED this _____ day of November, 2025.

_____
**J.P. BOULEE**
United States District Judge