**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br><br>Plaintiff,<br>v.<br><br>CLAIRE M. HARVEY; ANGELA Z. BROWN; JASON D. MARBUTT; JEFFREY M. GORE; BRANDY J. DASWANI; KIM C. OPPENHEIMER; KESSLER & SOLOMIANY, LLC; STEFANIE S. POTTER, MOLLY Y. TEPLITZKY; GEORGIA DEPARTMENT OF HUMAN SERVICES; BRIAN P. KEMP, in his official Capacity as Governor of Georgia,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:25-CV-04688-JPB |

**NOTICE OF APPEARANCE**

COMES NOW, Jamie McDowell of the law firm Hawkins Parnell & Young, LLP, and hereby enters an appearance as co-counsel of record for Defendants Kessler & Solomiany, LLC; Stefanie S. Potter; and Molly Y. Teplitzky in the above-styled action. The undersigned counsel respectfully requests that all future orders, pleadings, notices, and/or correspondence be issued to counsel of record as follows:

Jamie McDowell
HAWKINS PARNELL & YOUNG LLP
303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
jmcdowell@hpylaw.com

This 14th day of November, 2025

**HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400 *(phone)*
(855) 889-4588 *(fax)*
*jmcdowell@hpylaw.com*
*cmast@hpylaw.com*

*/s/ Jamie McDowell*
Jamie McDowell
Georgia Bar No. 964129
Christine L. Mast
Georgia Bar No. 461349
*Counsel for Kessler & Solomiany, LLC; Stefanie S. Potter; and Molly Y. Teplitzky*

**CERTIFICATE OF SERVICE**

This is to certify that this day the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of Court via the Court's electronic filing system which will automatically send an email notification of and a link to all counsel for the parties as follows:

Matthew Thomas Harvey
c/o 501 North Slappey Boulevard, #1112
Albany, Georgia 31701
mharvey7744@gmail.com

Respectfully submitted this 14th day of November, 2025.

**HAWKINS PARNELL & YOUNG, LLP**

*/s/ Jamie McDowell*
Jamie McDowell
Georgia Bar No. 964129
Christine L. Mast
Georgia Bar No. 461349
*Counsel for Kessler & Solomiany, LLC; Stefanie S. Potter; and Molly Y. Teplitzky*

303 Peachtree Street, Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400 *(phone)*
(855) 889-4588 *(fax)*
*jmcdowell@hpylaw.com*
*cmast@hpylaw.com*