# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 1:25-cv-04688 |
| ) | |
| CLAIRE M. HARVEY, ANGELA Z. ) | |
| BROWN, JASON D. MARBUTT, ) | |
| JEFFREY M. GORE, BRANDY J. ) | |
| DASWANI, KIM C. OPPENHEIMER, ) | |
| KESSLER & SOLOMIANY, LLC, ) | |
| STEFANIE S. POTTER, MOLLY Y. ) | |
| TEPLITZKY, GEORGIA ) | |
| DEPARTMENT OF HUMAN ) | |
| SERVICES, BRIAN P. KEMP, in his ) | |
| official Capacity as Governor of Georgia,) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, GEORGIA DEPARTMENT OF HUMAN SERVICES, AND BRIAN P. KEMP'S MOTION TO DISMISS**

Defendants Angela Z. Brown, Jason D. Marbutt, Jeffrey M. Gore, Georgia Department of Human Services ("DHS"), and Governor Brian P. Kemp (collectively, "State Defendants"), through counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and (6), respectfully file this motion to dismiss all claims asserted against them in this action based on the Eleventh Amendment, the doctrine of sovereign immunity, and the text of 42 U.S.C. § 1983, as set forth in the accompanying brief.

WHEREFORE, the State Defendants request that the Court grant this motion and dismiss the claims asserted against them in this action.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| LORETTA L. PINKSTON-POPE<br>Deputy Attorney General | 580385 |
| KATHLEEN S. TURNIPSEED<br>Senior Assistant Attorney General | 940900 |
| ROGER A. CHALMERS<br>Senior Assistant Attorney General | 118720 |

*/s/ William Tomlin*

| | |
|---|---|
| WILLIAM L. TOMLIN<br>Assistant Attorney General | 223213 |

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

WILLIAM TOMLIN
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3439
wtomlin@law.ga.gov

-3-

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing DEFENDANTS ANGELA Z. BROWN, JASON D. MARBUTT, JEFFREY M. GORE, GEORGIA DEPARTMENT OF HUMAN SERVICES, AND BRIAN P. KEMP'S MOTION TO DISMISS, with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

This 18th day of November, 2025.

*/s/ William Tomlin*
William L. Tomlin
Georgia Bar No. 223213