UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY )<br>)<br>Plaintiff, pro se, )<br>)<br>v. )<br>)<br>CLAIRE M. HARVEY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:25-cv-04688-JPB |

## AMENDED MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE

Plaintiff Matthew Thomas Harvey, pro se, respectfully amends and supplements his prior Motion for Leave to Effect Alternative Service [Doc. 7]. This amendment narrows the request to include only those defendants as to whom service remains unperfected as of this filing: the Georgia Department of Human Services ("DHS") and Jeffrey M. Gore.

### I. Factual Background

1. Since the filing of Plaintiff's original motion, several defendants have returned executed waivers of service, been personally served, and/or appeared:

    a. Governor Brian P. Kemp — waiver filed Nov. 4, 2025 [Doc. 17];

    b. Jason D. Marbutt — waiver filed Nov. 4, 2025 [Doc. 16];

    c. Angela Z. Brown — waiver filed Nov. 4, 2025 [Doc. 15];

    d. Claire M. Harvey — Notice of Appearance filed Nov. 1, 2025 [Doc. 14];

1

    e. Kessler & Solomiany, LLC; Stefanie S. Potter; Molly Y. Teplitzky — Notice of Appearance filed Oct. 30, 2025 [Doc. 9];

    f. Kim C. Oppenheimer — waiver executed Nov. 4, 2025; and

    g. Brandy J. Daswani — personally served Nov. 4, 2025.

2. The only defendants who remain unserved are:

    a. Georgia Department of Human Services ("DHS"); and

    b. Jeffrey M. Gore (Individual Capacity).

3. Diligence as to DHS: On September 19, 2025, Plaintiff mailed Rule 4(d) waiver-of-service packets via USPS Priority Mail with signature confirmation to Governor Kemp and DHS. USPS confirmed delivery on or about September 23, 2025. Kemp acknowledged receipt; DHS did not respond or return a waiver.

4. Diligence as to Gore: On October 14, 2025, Plaintiff mailed identical Rule 4(d) waiver packets to Gore, Marbutt, and Brown at their official addresses via USPS Priority Mail with signature confirmation. Brown and Marbutt returned waivers promptly on Nov. 4; Gore did not respond despite confirmed delivery.

5. In light of Governor Kemp's waiver, Plaintiff understands separate service on Attorney General Carr is unnecessary under Rule 4(j)(2) for present purposes.

## II. Standard and Grounds

Rule 4(e)(1) authorizes service by a method permitted by Georgia law. O.C.G.A. § 9-11-4(f)(1)(A) permits court-directed alternate service where personal service is impracticable, so long as the method is reasonably calculated to give actual notice. Rule 4(j)(2) governs service on state agencies (chief executive officer or attorney general) and allows the Court to tailor alternate means when traditional channels prove impracticable.

Plaintiff has acted diligently and in good faith: (a) DHS received the same September waiver packet sent to Kemp, yet failed to respond; and (b) Gore ignored the same October waiver packet that Brown and Marbutt returned. These parallel mailings confirm the materials and delivery method were proper; the non-responses by DHS and Gore now warrant narrow alternate service to ensure actual notice and avoid undue delay. See McRae v. White, 260 Ga. App. 789, 790 (2003) (affirming court-ordered alternative service where repeated diligent efforts at personal service failed); see also In re E.R. Mitchell Constr. Co., 652 F.2d 798, 800 (5th Cir. Unit B 1981) (approving alternative service methods where traditional means proved impractical and notice was reasonably calculated).

Plaintiff files this motion now to avoid prejudice under Rule 4(m) and to prevent delay in perfecting service.

### III. Requested Alternative Methods

A. Georgia Department of Human Services (DHS). Authorize service by:

1. USPS Priority Mail with signature confirmation to Candice L. Broce, Commissioner, and the Office of General Counsel, 47 Trinity Avenue SW, Atlanta, GA 30334; and

2. Email to candice.broce@dhs.ga.gov and ogc@dhs.ga.gov.

Service shall be deemed effective upon USPS delivery confirmation or email acknowledgment, whichever occurs first.

B. Jeffrey M. Gore. Authorize service by:

1. USPS Priority Mail with signature confirmation addressed to Jeffrey M. Gore, c/o Cobb County District Attorney's Office, 70 Haynes Street, Marietta, GA 30090; and

2. Email to jeff.gore@cobbcounty.org.

Service shall be deemed effective upon USPS delivery confirmation or email acknowledgment, whichever occurs first.

### IV. Relief Requested

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant this Motion and authorize service by the alternative means described above;

2. Deem such service effective upon mailing or delivery confirmation;

3. Extend the Rule 4(m) service period if necessary to permit completion of such service; and

4

4. Grant such further relief as the Court deems just and proper.

Respectfully submitted this 13th day of November, 2025.

                                                                     /s/ Matthew Thomas Harvey
                                                                      **Matthew Thomas Harvey**
                                                                       Plaintiff, pro se

c/o 501 North Slappey Boulevard #1112
Albany, Georgia 31701
Mharvey7744@gmail.com
(912) 346-5299

## **CERTIFICATE OF SERVICE**

I certify that on the date below, I served the foregoing *Amended Motion for Leave to Effect Alternative Service* as follows:

Via Email (counsel of record):

- Noah Green, counsel for Defendant Claire M. Harvey — ngreen@henefeldgreen.com

- Christine L. Mast, counsel for Kessler & Solomiany, LLC; Stefanie S. Potter; Molly Y. Teplitzky — cmast@hpylaw.com

Via U.S. Mail and Email (per the relief requested in this Motion):

- Georgia Department of Human Services, Attn: Candice L. Broce, Commissioner, and Office of General Counsel, 47 Trinity Avenue SW, Atlanta, GA 30334; candice.broce@dhs.ga.gov; ogc@dhs.ga.gov

- Jeffrey M. Gore, c/o Cobb County District Attorney's Office, 70 Haynes Street, Marietta, GA 30090; jeff.gore@cobbcounty.org

This 13th day of November, 2025.

/s/ Matthew Thomas Harvey<br>
**Matthew Thomas Harvey**<br>
Plaintiff, pro se

c/o 501 North Slappey Boulevard #1112
Albany, Georgia 31701
Mharvey7744@gmail.com
(912) 346-5299