RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 17 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW THOMAS HARVEY | ) | |
| | ) | |
| Plaintiff, pro se | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:25-cv-04688-JPB |
| CLAIRE M. HARVEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Amended Motion for Leave to Effect Alternative Service [Doc. ___], and for good cause shown, the Court finds that Plaintiff has exercised due diligence and that personal service on Defendants Georgia Department of Human Services and Jeffrey M. Gore is impracticable. The Court further finds that the alternate methods proposed are reasonably calculated to provide actual notice pursuant to Fed. R. Civ. P. 4(e)(1), 4(j)(2), and O.C.G.A. § 9-11-4(f)(1)(A).

Accordingly, it is hereby ORDERED that:

1. Plaintiff is AUTHORIZED to serve the Georgia Department of Human Services (DHS) by:

   a. U.S. Postal Service with signature confirmation directed to Candice L. Broce, Commissioner, and the Office of General Counsel, 47 Trinity Avenue SW, Atlanta, GA 30334; and

   b. Email to candice.broce@dhs.ga.gov and ogc@dhs.ga.gov.

1

Service shall be deemed effective upon USPS delivery confirmation or email acknowledgment, whichever occurs first.

2. Plaintiff is AUTHORIZED to serve Jeffrey M. Gore by:

    a. U.S. Postal Service with signature confirmation addressed to Jeffrey M. Gore, c/o Cobb County District Attorney's Office, 70 Haynes Street, Marietta, GA 30090; and

    b. Email to jeff.gore@cobbcounty.org.

3. Service shall be deemed effective upon USPS delivery confirmation or email acknowledgment, whichever occurs first.

4. The deadline for service under Rule 4(m) is extended as necessary to permit completion of service in accordance with this Order.

SO ORDERED this ____ day of _____, 2025

_____<br>
J. P. BOULEE<br>
United States District Judge