# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY ) | |
| ) | |
|    Plaintiff, pro se ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO: 1:25-CV-4688-JPB |
| ) | |
| CLAIRE M. HARVEY; ANGELA Z. ) | |
| BROWN; JASON D. MARBUTT; ) | |
| JEFFREY M. GORE; BRANDY J. ) | |
| DASWANI; KIM C. OPPENHEIMER; ) | |
| KESSLER & SOLOMIANY, LLC; ) | |
| STEFANIE S. POTTER; MOLLY Y. ) | |
| TEPLITZKY; GEORGIA DEPARTMENT ) | |
| OF HUMAN SERVICES; BRIAN P. ) | |
| KEMP, in his official Capacity as ) | |
| Governor of Georgia, ) | |
| ) | |
|    Defendants. ) | |
| _____) | |

## DEFENDANT BRANDY J. DASWANI'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW, Brandy J. Daswani (hereinafter "Defendant Daswani"), a Defendant in the above-styled civil action, and files her Motion for Extension of Time to Respond to Plaintiff's Complaint as follows:

Defendant Daswani, in good faith, seeks an extension of time to file her responsive pleading to Plaintiff's Complaint, through and including December 15, 2025. A responsive pleading is currently due on or before November 25, 2025.

167411138.1

According to the docket, other Defendants who received and returned service waivers have responsive pleadings due on December 15, 2025. [*See* Docs. 15, 16]. To preserve client resources, Defendant Daswani requests an extension to allow Plaintiff to file his amended complaint and a deadline in accordance with the time permitted to co-Defendants to respond. If an amended complaint has not been filed at the conclusion of the extension, Defendant Daswani will file her responsive pleading to the current Complaint, [Doc. 1].

The case has just been filed, and again, according to the docket, other Defendants who received and returned service waivers have responsive pleadings due on December 15, 2025. [Docs. 15, 16]. This case is not currently on any pre-trial calendar, and discovery has not commenced. Thus the granting of this extension will not require the rescheduling of any timing orders or published calendar, nor will it delay the progress of the case.

Respectfully submitted, this 21st day of November, 2025.

|  |  |
|---|---|
| | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, Georgia 30308<br>Telephone: (404) 499-2156<br>Facsimile: (404) 467-8845<br>Email:<br>James.Doyle@lewisbrisbois.com | /s/ JAMES R. DOYLE<br>James R. Doyle<br>Georgia Bar No. 228495<br><br>*Attorney for Defendant*<br>*Brandy J. Daswani* |

2

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the foregoing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia and has been typed in TimesNew Roman 14 count.

/s/ *James R. Doyle*
James R. Doyle

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing *Defendant Brandy J. Daswani's Motion for Extension of Time to Respond to Plaintiff's Complaint,* using the Court's CM/ECF system, which will automatically provide notice of same to all parties of record who are registered to receive notices.  In addition, the filing will be mailed to the Plaintiff at the address of record, as follows:

> Mr. Matthew Harvey
> 501 North Slappey Boulevard
> #1112
> Albany, Georgia  31701

Respectfully submitted, this 21st day of November, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ JAMES R. DOYLE
James R. Doyle
Georgia Bar No. 228495

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia 30308
Telephone: (404) 499-2156
Facsimile: (404) 467-8845
Email:
James.Doyle@lewisbrisbois.com

*Attorney for Defendant*
*Brandy J. Daswani*

167411138.1