## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY )<br>)<br>    Plaintiff, pro se )<br>)<br>v. )<br>)<br>CLAIRE M. HARVEY; ANGELA Z. )<br>BROWN; JASON D. MARBUTT; )<br>JEFFREY M. GORE; BRANDY J. )<br>DASWANI; KIM C. OPPENHEIMER; )<br>KESSLER & SOLOMIANY, LLC; )<br>STEFANIE S. POTTER; MOLLY Y. )<br>TEPLITZKY; GEORGIA DEPARTMENT )<br>OF HUMAN SERVICES; BRIAN P. )<br>KEMP, in his official Capacity as )<br>Governor of Georgia, )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION FILE<br>NO: 1:25-CV-4688-JPB |

## [PROPOSED] ORDER

Defendant Brandy J. Daswani having come before me and for good cause shown, it is hereby ORDERED that the Motion for Extension of Time to Respond to Plaintiff's Complaint is granted, and the deadline to respond to Plaintiff's Complaint is extended to December 15, 2025.

SO ORDERED, this \_\_\_\_\_ day of November, 2025.

_____
J.P. Boulee, U.S. District Judge

5

167411138.1