Civil Action No.    **1:25-cv-04688-JPB**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for **Brandy J. Daswani**
was recieved by me on **10/19/2025**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Sean Daswami**, a person of suitable age and discretion who resides at **3554 Woodshire Trail, Marietta, GA 30066**, on **11/04/2025 at 7:14 PM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  11/04/2025

*Server's signature*

**Benjamin Clements**
*Printed name and title*

**439 Brice Rd SE
Silver Creek, GA 30173**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; VERIFIED COMPLAINT FOR EMERGENCY INJUNCTIVE RELIEF, DECLARATORY JUDGMENT, DAMAGES,  to Sean Daswami who identified themselves as the subject's spouse, co-resident with identity confirmed by subject nodding when named. The individual accepted service with direct delivery. The individual appeared to be a white male contact 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.**




Tracking #: 0193836691