AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-04688-JPB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Claire Marsh Harvey**
was recieved by me on **10/22/2025**:

[X]   I personally served the summons on the individual at **2567 Garrison Cmns SW, Marietta, GA 30064** on **10/22/2025** at **6:56 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/23/2025

_____
Server's signature

**Savshywa Brownlee**
Printed name and title

**7150 Sir Mark Ct**
**Jonesboro, GA 30236**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Claire Marsh Harvey with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**




Tracking #: **0191918301**