# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br><br>　　Plaintiff,<br><br>v.<br><br>CLAIRE M. HARVEY; ANGELA Z. BROWN; JASON D. MARBUTT; JEFFREY M. GORE; BRANDY J. DASWANI; KIM C. OPPENHEIMER; KESSLER & SOLOMIANY, LLC; STEFANIE S. POTTER, MOLLY Y. TEPLITZKY; GEORGIA DEPARTMENT OF HUMAN SERVICES; BRIAN P. KEMP, in his official Capacity as Governor of Georgia,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:25-CV-04688-JPB |

## DEFENDANTS KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, AND MOLLY Y. TEPLITZKY'S MOTION TO DISMISS

　　Defendants Kessler & Solomiany, LLC, Stefanie S. Potter, and Molly Y. Teplitzky (collectively, the "Kessler Defendants"), through counsel, respectfully submit this motion to dismiss all claims asserted against them for failure to state a claim and lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and (6).

This 12th day of December, 2025.

                                      **HAWKINS PARNELL & YOUNG, LLP**

                                      */s/ Christine L. Mast*

303 Peachtree Street, Suite 4000    Christine L. Mast
Atlanta, GA  30308-3243             Georgia Bar No. 461349
(404) 614-7400 *(phone)*             Jamie McDowell
(855) 889-4588 *(fax)*               Georgia Bar No. 964129
cmast@hpylaw.com                 *Counsel for Kessler & Solomiany, LLC;*
jmcdowell@hpylaw.com           *Stefanie S. Potter; and Molly Y. Teplitzky*

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing **DEFENDANTS KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, AND MOLLY Y. TEPLITZKY'S MOTION TO DISMISS**, with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record, and served a copy of the same to Plaintiff via email and United States Mail with adequate postage attached:

| | |
|---|---|
| Matthew Thomas Harvey<br>c/o 501 North Slappey Boulevard<br>#1112<br>Albany, Georgia 31701<br>mharvey7744@gmail.com<br>*Plaintiff (pro se)* | Noah Green<br>Henefeld & Green, P.C.<br>3017 Bolling Way NE<br>Suite 129<br>Atlanta, GA 30305<br>ngreen@henefeldgreen.com<br>*Counsel for Defendant Claire Harvey* |
| William L. Tomlin<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, GA 30334<br>wtomlin@law.ga.gov<br>*Counsel for the State Defendants* | James R. Doyle, II<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA 30308<br>james.doyle@lewisbrisbois.com<br>*Counsel for Defendant Daswani* |
| Courtney B. Walker<br>Hall Booth Smith, P.C.<br>191 Peachtree St. NE, Suite 29C<br>Atlanta, GA 30303<br>cwalker@hallboothsmith.com<br>*Counsel for Defendant Oppenheimer* | |

This 12th day of December, 2025.

                                            **HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, Suite 4000     */s/ Christine L. Mast*
Atlanta, GA  30308-3243     Christine L. Mast
(404) 614-7400 *(phone)*     Georgia Bar No. 461349
(855) 889-4588 *(fax)*     Jamie McDowell
cmast@hpylaw.com     Georgia Bar No. 964129
jmcdowell@hpylaw.com     *Counsel for Kessler & Solomiany, LLC;*
    *Stefanie S. Potter; and Molly Y. Teplitzky*