UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW THOMAS HARVEY,

Plaintiff,

v.

CLAIRE M. HARVEY, et al.,

Defendants.

CIVIL ACTION NO.
1:25-CV-04688-JPB

## ORDER

On December 10, 2025, Plaintiff filed a Motion for Extension of Time to File an Amended Complaint [Doc. 36].  None of the defendants oppose the Motion.  Accordingly, Plaintiff's Motion for Extension of Time to File an Amended Complaint [Doc. 36] is hereby **GRANTED** as unopposed.  Plaintiff's Amended Complaint [Doc. 44] is now the operative complaint in this action.

In light of the amended pleading, the following motions are **DENIED** as moot:  Defendants' Motions to Dismiss, [Doc. 20]; [Doc. 33]; [Doc. 37]; [Doc. 40]; [Doc. 41], Plaintiff's Motion to Vacate [Doc. 22], Plaintiff's Motion to Strike Motion to Dismiss [Doc. 31], Plaintiff's Amended and Revised Motion to Strike [Doc. 34] and Defendant Daswani's Motion for Extension of Time to Respond to Plaintiff's Complaint [Doc. 24].

2

**SO ORDERED** this 9th day of January, 2026.

_____
J. P. BOULEE
United States District Judge