# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>CLAIRE M. HARVEY; ANGELA Z. BROWN; JASON D. MARBUTT; JEFFREY M. GORE; BRANDY J. DASWANI; KIM C. OPPENHEIMER; KESSLER & SOLOMIANY, LLC; STEFANIE S. POTTER, MOLLY Y. TEPLITZKY; GEORGIA DEPARTMENT OF HUMAN SERVICES; BRIAN P. KEMP, in his official Capacity as Governor of Georgia,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:25-CV-04688-JPB |

### **DEFENDANTS KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, AND MOLLY Y. TEPLITZKY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Kessler & Solomiany, LLC, Stefanie S. Potter, and Molly Y. Teplitzky (collectively, the "Kessler Defendants"), through counsel, respectfully submit this motion to dismiss all claims asserted against them in Plaintiff's First Amended Complaint for failure to state a claim and lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and (6).

Plaintiff's claims are jurisdictionally barred by the *Rooker-Feldman* doctrine and domestic-relations abstention principles, and, independently, fail to state

-2-

plausible claims against private attorneys who are not state actors for § 1983 purposes, and against whom the pleaded theories are conclusory and deficient under *Twombly/Iqbal*. Also, many of Plaintiff's claims are barred by the statute of limitations. The Court should dismiss Plaintiff's FAC with prejudice.

This 15th day of January, 2026.

**HAWKINS PARNELL & YOUNG, LLP**

*/s/ Christine L. Mast*
Christine L. Mast
Georgia Bar No. 461349
Jamie McDowell
Georgia Bar No. 964129
*Counsel for Kessler & Solomiany, LLC;*
*Stefanie S. Potter; and Molly Y. Teplitzky*

303 Peachtree Street, Suite 4000
Atlanta, GA  30308-3243
(404) 614-7400 *(phone)*
(855) 889-4588 *(fax)*
cmast@hpylaw.com
jmcdowell@hpylaw.com


## **CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing **DEFENDANTS KESSLER & SOLOMIANY, LLC, STEFANIE S. POTTER, AND MOLLY Y. TEPLITZKY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**, with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record, and served a copy of the same to Plaintiff via email and United States Mail with adequate postage attached:

Matthew Thomas Harvey
c/o 501 North Slappey Boulevard
#1112
Albany, Georgia 31701
mharvey7744@gmail.com
*Plaintiff (pro se)*

Noah Green
Henefeld & Green, P.C.
3017 Bolling Way NE
Suite 129
Atlanta, GA 30305
ngreen@henefeldgreen.com
*Counsel for Defendant Claire Harvey*

William L. Tomlin
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
wtomlin@law.ga.gov
*Counsel for the State Defendants*

James R. Doyle, II
Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
james.doyle@lewisbrisbois.com
*Counsel for Defendant Daswani*

Courtney B. Walker
Hall Booth Smith, P.C.
191 Peachtree St. NE, Suite 29C
Atlanta, GA 30303
cwalker@hallboothsmith.com
*Counsel for Defendant Oppenheimer*

This 15th day of January, 2026.

                                    **HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, Suite 4000       */s/ Christine L. Mast*
Atlanta, GA  30308-3243              Christine L. Mast
(404) 614-7400 *(phone)*               Georgia Bar No. 461349
(855) 889-4588 *(fax)*                 Jamie McDowell
cmast@hpylaw.com                   Georgia Bar No. 964129
jmcdowell@hpylaw.com            *Counsel for Kessler & Solomiany, LLC;*
                                         *Stefanie S. Potter; and Molly Y. Teplitzky*