**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MATTHEW THOMAS HARVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO: 1:25-CV-4688-JPB |
| ) | |
| CLAIRE M. HARVEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**<u>DEFENDANT BRANDY J. DASWANI'S CERTIFICATE OF INTERESTED
PERSONS</u>**

COMES NOW, Brandy J. Daswani and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3, showing the Court as follows.

1.

The undersigned counsel of record for the Defendant in this action certifies that the following is a full and complete list of all parties in this action:

- Matthew Thomas Harvey, Plaintiff, *pro se*

- Claire M. Harvey, Defendant

- Molly Y. Teplitzky, Defendant

- Stefanie S. Pooter, Defendant

- Kessler & Solomiany, LLC, Defendant

- Brandy J. Daswani, Defendant

1

170018637.1

- Kim C. Oppenheimer, Defendant

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- None.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

James R. Doyle
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Courtney B. Walker
Alex Battey
Tia Brown
**HALL BOOTH SMITH, P.C.**

Christine L. Mast
Jamie McDowell
**HAWKINS PARNELL & YOUNG, LLP**

Noah Green
**HENEFELD & GREEN, P.C.**

170018637.1

Respectfully submitted, this 20th day of January, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ JAMES R. DOYLE
James R. Doyle
Georgia Bar No. 228495

*Attorney for Defendant Brandy J. Daswani*

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia 30308
Telephone: (404) 499-2156
Facsimile: (404) 467-8845
James.Doyle@lewisbrisbois.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia and has been typed in Times New Roman 14 count.

/s/ JAMES R. DOYLE
James R. Doyle

170018637.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing *Defendant Brandy J. Daswani's Certificate of Interested Persons,* using the Court's CM/ECF system, which will automatically provide notice of same to all parties of record who are registered to receive notices. In addition, the filing will be mailed to the Plaintiff at the address of record, as follows:

> Mr. Matthew Harvey
> 501 North Slappey Boulevard
> #1112
> Albany, Georgia  31701

Respectfully submitted, this 20th day of January, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ JAMES R. DOYLE
James R. Doyle
Georgia Bar No. 228495

*Attorney for Defendant Brandy J. Daswani*

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia 30308
Telephone: (404) 499-2156
Facsimile: (404) 467-8845
James.Doyle@lewisbrisbois.com

4

170018637.1