UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW THOMAS HARVEY,
*Plaintiff*,

v.

CLAIRE M. HARVEY, et al.,

*Defendant*.

CIVIL ACTION
NO. 1:25-cv-4688-JPB

## **DEFENDANT CLAIRE HARVEY'S CERTIFICATE OF INTERESTED PERSONS**

COMES NOW, Claire Harvey and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3, showing the Court as follows.

1.

The undersigned certifies that the following is a full and complete list of all parties in this action:

- Matthew Thomas Harvey, Plaintiff, *pro se*
- Claire M. Harvey, Defendant
- Molly Y. Teplitzky, Defendant
- Stefanie S. Pooter, Defendant
- Kessler & Solomiany, LLC, Defendant
- Brandy J. Daswani, Defendant
- Kim C. Oppenheimer, Defendant

2.

A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case:

None.

3.

A complete list of each person serving as an attorney in the case:

Noah Green
**HENEFELD & GREEN P.C.**

James R. Doyle
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Courtney B. Walker
Alex Battey
Tia Brown
**HALL BOOTH SMITH, P.C.**

Christine L. Mast
Jamie McDowell
**HAWKINS PARNELL & YOUNG, LLP**

Respectfully submitted this 3rd day of February 2026.

**HENEFELD & GREEN, P.C.**

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305

(404) 841-1275
ngreen@henefeldgreen.com

## CERTIFICATE OF COMPLIANCE

    The undersigned counsel hereby certifies that the foregoing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia and has been typed in Times New Roman 14 count.

                                        /s/ Noah Green
                                        Noah Green

## **CERIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing Defendant Claire Harvey's Certificate of Interested Persons, using the Court's CM/ECF system, which will automatically provide notice of same to all parties of record who are registered to receive notices. Additionally, the foregoing will be mailed, by U.S. Postal Service with proper postage affixed to:

Matthew Harvey
501 North Slappey Boulevard, #1112
Albany, Georgia 31701

This 3rd day of February 2026.

                                                                **HENEFELD & GREEN, P.C.**

                                                                /s/ Noah Green
                                                                Noah Green
                                                                Georgia Bar No. 468138
                                                                *Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com