## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MATTHEW THOMAS HARVEY

Plaintiff, pro se

v.

CLAIRE M. HARVEY, BRANDY
J. DASWANI, KIM C.
OPPENHEIMER, KESSLER &
SOLOMIANY, STEFANIE S.
POTTER, MOLLY Y.
TEPLITZKY,

Defendants.

CIVIL ACTION FILE NO.:
1:25-cv-04688-JPB

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Kim C. Oppenheimer and files this Certificate of Interested

Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3,

showing this Court as follows:

1.

The undersigned counsel of record for a party or proposed intervenor to this

action certifies that the following is a full and complete list of all parties,

including proposed intervenors, in this action, including any parent

corporation and any publicly held corporation that owns 10% or more of the

stock of a party or proposed intervenor:

- Matthew Thomas Harvey, Plaintiff, pro se

- Claire M. Harbey, Defendant

- Molly Y. Teplitzky, Defendant

- Stefanie S. Pooter, Defendant

- Kessler & Solomiany, LLC, Defendant

- Randy J. Daswani, Defendant

- Kim C. Oppenheimer, Defendant

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case.

- None.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

James R. Doyle , II
**Lewis, Brisbois, Bisgaard & Smith, LLP**

Courtney Walker
Alex Battey
Tia Brown
**Hall Booth Smith, P.C.**

Christine L. Mast
Jamie McDowell
**Hawkins Parnell & Young, LLP**

Noah Green
**Henefeld & Green, P.C.**

Respectfully submitted, this 4th day of February, 2026.

                                        **HALL BOOTH SMITH, P.C.**

                                        ***/s/ Courtney B. Walker***
                                        COURTNEY B. WALKER
                                        Georgia Bar No. 907859
                                        ALEX BATTEY
                                        Georgia Bar No. 232960
                                        TIA BROWN
                                        Georgia Bar No. 102027
                                        *Attorneys for Defendant*

191 Peachtree Street NE
Suite 2900
Atlanta, GA  30303
404-954-5000 / 404-954-5020 Fax
cwalker@hallboothsmith.com
abattey@hallboothsmith.com
tbrown@hallboothsmith.com

## **<u>LOCAL RULE 7.1D CERTIFICATE</u>**

I hereby certify this submission was prepared using Century Schoolbook 13-point font and exact double spacing as required by local rule 5.1C.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **<u>DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>** upon all counsel of record by electronically filing same with the CM/ECF filing system, and that service of the following individuals will be accomplished by CM/ECF system:

Matthew Thomas Harvey, Pro Se
c/o 501 North Slappey Boulevard, #1112
Albany, GA  31701
Mharvey7744@gmail.com
(912) 346-5299

This 4th day of February, 2026.

**HALL BOOTH SMITH, P.C.**

191 Peachtree Street NE
Suite 2900
Atlanta, GA  30303
404-954-5000 / 404-954-5020 Fax
cwalker@hallboothsmith.com
abattey@hallboothsmith.com
tbrown@hallboothsmith.com

***/s/ Courtney B. Walker***
COURTNEY B. WALKER
Georgia Bar No. 907859
ALEX BATTEY
Georgia Bar No. 232960
TIA BROWN
Georgia Bar No. 102027
*Attorneys for Defendant*