**ALLIED WORLD** — A FAIRFAX Company

23

**ALLIED WORLD INSURANCE COMPANY**
A stock insurance company, incorporated under the laws of New Hampshire
1690 New Britain Avenue, Suite 101, Farmington, CT 06032  (1-800-421-6694)

CLAIMS-MADE PSYCHOLOGISTS' PROFESSIONAL AND BUSINESS LIABILITY POLICY

8/02/25 - A           THIS IS A CLAIMS MADE POLICY - PLEASE READ CAREFULLY    *RENEWAL*

**NOTICE:** A LOWER LIMIT OF LIABILITY APPLIES TO JUDGEMENTS OR SETTLEMENTS WHEN THERE ARE ALLEGATIONS OF SEXUAL MISCONDUCT (SEE THE SPECIAL PROVISION "SEXUAL MISCONDUCT" IN THE POLICY).

## DECLARATIONS

POLICY NO:   5010-0666                              ACCOUNT NO:    GA-KIMB186-0   0153743

ITEM 1. (a) NAME AND ADDRESS OF INSURED:           ITEM 1. (b) ADDITIONAL NAMED INSUREDS:

                                                   KIMBERLY C. OPPENHEIMER
                                                   CHILD CUSTODY SOLUTIONS
                                                   LLC

KIMBERLY C. OPPENHEIMER
5555 GLENRIDGE CONNECTOR
STE 200
ATLANTA, GA 30342

                                                   TYPE OF ORG:    PROFESSIONAL CORPORATION

ITEM 2.   ADDITIONAL INSUREDS:

ITEM 3.   POLICY PERIOD:     FROM:   09/01/25    TO:   09/01/26
          12:01A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED AS STATED HEREIN:

ITEM 4.   LIMITS OF LIABILITY:

          (a) $   1,000,000    PER-CLAIM-INSURING AGREEMENT A.       (c) $   3,000,000   AGGREGATE

          (b) $   1,000,000    PER-CLAIM-INSURING AGREEMENT B.(1) and B.(2)   (d) $   150,000   PER PROCEEDING

ITEM 5.   PREMIUM SCHEDULE:

| CLASSIFICATION | NUMBER | RATE | ANNUAL PREMIUM |
|---|---|---|---|
| KIMBERLY C. OPPENHEIMER, PH.D, PC | 1 | 798.00 | 517.00 |
| CHILD CUSTODY SOLUTIONS, LLC | 1 | 798.00 | 718.00 |
| $150,000 DEFENSE | 1 | 290.00 | 290.00 |

ITEM 6.   RETROACTIVE DATE:  09/01/92                TOTAL PREMIUM:       1,525.00
ITEM 7.   EXTENDED REPORTING PERIOD
          ADDITIONAL PREMIUM (if exercised):$   2,669.00   SCHEDULED RATING CREDIT INCLUDED

ITEM 8.   POLICY FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY
APA-PSY 00002 00 (06/14) APA 00127 10 (06/14) DARMAN-35
(04/21)

APA-PSY 00001 00 (06/14)
THIS IS NOT A BILL. PREMIUM HAS BEEN PAID.         AUTHORIZED COMPANY REPRESENTATIVE
                                                   American Professional Agency * 95 Broadway, Amityville, NY 11701