IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br><br>Plaintiff, pro se<br><br>v.<br><br>CLAIR M. HARVEY, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>1:25-cv-04688-JPB |

## RULE 5.4 CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2026, I have served upon all parties to this matter a true copy of Defendant Initial Disclosures and Joint Preliminary Report and Discovery Plan with the Clerk of Court using CM/ECF systems which will automatically send electronic mail notification of each filing to counsel of record listed below:

Matthew Thomas Harvey, Pro Se
c/o 501 North Slappey Boulevard, #1112
Albany, GA 31701
Mharvey7744@gmail.com
(912) 346-5299

Respectfully submitted, this 11th day of February, 2026.

|  |  |
|---|---|
|  | **HALL BOOTH SMITH, P.C.** |
|  | |
|  | */s/ Courtney B. Walker* |
| 191 Peachtree Street, NE | COURTNEY B. WALKER |
| Suite 2900 | Georgia Bar No. 907859 |
| Atlanta, Geogia 30303 | ALEX BATTEY |
| Phone: (404) 954-5000 | Georgia Bar No. 232960 |
| Fax: (404) 954-5020 | TIA BROWN |
| cwalker@hallboothsmith.com | Georgia Bar No. 102027 |
| abattey@hallboothsmith.com | *Attorneys for Defendant* |
| tbrown@hallboothsmith.com |  |