

**Travelers 1st Choice+®**

*LAWYERS PROFESSIONAL LIABILITY COVERAGE DECLARATIONS*

POLICY NO. 107809450

**Travelers Casualty and Surety Company of America**
**Hartford, Connecticut**
(A Stock Insurance Company, herein called the Company)

**IMPORTANT NOTE:** This is a claims-made policy.  To be covered, a claim must be first made against an insured during the policy period or any applicable extended reporting period. The limit of liability available to pay settlements or judgments will be reduced, and may be exhausted, by defense expenses. The deductible applies to defense expenses. Please read the policy carefully.

| ITEM 1 | **NAMED INSURED**: <br> KESSLER & SOLOMIANY, LLC <br><br> DBA: <br><br> Principal Address: <br> 101 MARIETTA ST NW STE 3500 <br> ATLANTA, GA 30303-2716 |
|---|---|
| ITEM 2 | **POLICY PERIOD:** <br> Inception Date:  April 01, 2025       Expiration Date: April 01, 2026 <br> 12:01 A.M. local time both dates at the Principal Address stated in ITEM 1. |

| | |
|---|---|
| **ITEM 3** | ALL NOTICES PURSUANT TO THE POLICY MUST BE SENT TO THE COMPANY BY EMAIL, FACSIMILE, OR MAIL AS SET FORTH BELOW:<br><br>Email: BSIclaims@travelers.com<br><br>Fax: 1-888-460-6622<br><br>Mail: Travelers Bond & Specialty Insurance Claim<br>    P.O. Box 2989<br>    Hartford, CT 06104-2989<br><br>Overnight Mail: Travelers Bond & Specialty Insurance Claim<br>    One Tower Square, MN06<br>    Hartford, CT 06183<br><br>For questions related to claim reporting or handling, please call 1-800-842-8496. |
| **ITEM 4** | COVERAGE INCLUDED AS OF THE INCEPTION DATE IN ITEM 2:<br><br>Lawyers Professional Liability Coverage |
| **ITEM 5** | PROFESSIONAL LIABILITY COVERAGE LIMITS<br><br>Professional Services and Network and Information Security Offenses<br>Coverage Limits:    $4,000,000    for each **Claim**; not to exceed<br>                  $4,000,000    for all **Claims**<br><br>Publishing and Non-profit Services<br>Coverage Limits:    $500,000    for each **Claim**; not to exceed<br>                  $500,000    for all **Claims**<br><br>Deductible:    ▮▮▮▮    each **Claim**<br>              ▮▮      all **Claims**<br><br>Retroactive Date:    N/A<br><br>Knowledge Date:    April 01, 2023 |

| | | |
|---|---|---|
| **ITEM 6** | ADDITIONAL BENEFITS LIMITS: | |
| | Crisis Event Expenses Limits: | $10,000 for each **Crisis Event** |
| | | $30,000 for all **Crisis Events** |
| | Disciplinary or Regulatory Proceeding Expenses Limits: | $25,000 for each **Disciplinary or Regulatory Proceeding** |
| | | $50,000 for all **Disciplinary or Regulatory Proceedings** |
| **ITEM 7** | PREMIUM FOR THE POLICY PERIOD: | |
| | ▮▮▮▮▮     ▮▮▮▮▮ | |
| **ITEM 8** | OPTIONAL EXTENDED REPORTING PERIODS: | |
| | Additional Premium Percentage: | Additional Months: |
| | ▮ | 12 |
| | ▮ | 24 |
| | ▮ | 36 |
| | ▮ | 60 |
| | ▮ | Unlimited |
| **ITEM 9** | FORMS AND ENDORSEMENTS ATTACHED AT ISSUANCE: LPL-1001-1108; PTC-2035-0117; PTC-1001-1108; PTC-19006-0315; PTC-2067-0411; PTC-3010-1214 | |

**The Declarations, the Professional Liability Terms and Conditions, the Professional Liability Coverage, and any endorsements attached thereto, constitute the entire agreement between the Company and the Insured.**

© 2015 The Travelers Indemnity Company. All Rights Reserved

IN WITNESS WHEREOF, the Company has caused this policy to be signed by its authorized officers.

President                                            Corporate Secretary

© 2015 The Travelers Indemnity Company. All Rights Reserved