IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY, § § *Plaintiff*, § § v. § § CLAIRE M. HARVEY, *et al*. § § *Defendants*. § | CIVIL ACTION NO. 1:25-cv-04688-JPB |

# DEFENDANT CLAIRE HARVEY'S MOTION TO STAY DISCOVERY AND BRIEF IN SUPPORT

COMES NOW, Defendant Claire Harvey, with her Motion to Stay Discovery and Brief in Support, showing as follows:

## I.   Introduction

Plaintiff Matthew Harvey has brought this action asserting claims under 42 U.S.C. § 1983 against several defendants. [Doc. 44]. On January 16, 2026, Claire Harvey, a private citizen who is neither a government official nor officer, filed her motion to dismiss based on the inapplicability of Section 1983 claims to private citizens who do not act under color of law or engage in state action, because the claims relate to alleged acts that fall outside of the statute of limitations, that the Amended Complaint fails to state a claim substantively, and based on a lack of

1

jurisdiction under *Younger* abstention, the *Rooker-Feldman* doctrine, and the domestic relations exception to federal jurisdiction. [Doc. 48].

II.   Argument

The Federal Rules of Civil Procedure encourage a trial court to limit discovery on its own or on the motion of a party when:

> the burden or expense of the proposed discovery outweighs its likely benefit, considering the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the action, and the importance of the discovery in resolving the issues.

Fed. R. Civ. P. 26(b)(2)(C) (stating the court "must limit the frequency or extent of discovery" when such a determination is made); see also *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1558-59 (11th Cir. 1985).

Rule 26 gives trial courts broad discretion to alter the sequence of discovery "for the convenience of the parties ... and in the interests of justice." Fed. R. Civ. P. 26(d). The Eleventh Circuit has instructed that, when a pending motion challenges the legal sufficiency of a claim, discovery should be stayed until the motion is resolved. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997); *accord Shuman*, 762 F.2d at 1560 (noting courts' "broad discretion to stay discovery pending a decision on a dispositive motion"); *cf. Kaylor v. Fields*, 661 F.2d 1177, 1184 (8th Cir. 1981) ("Discovery should follow the filing of a well-

2

pleaded complaint. It is not a device to enable a plaintiff to make a case when his complaint has failed to state a claim").

Claire Harvey's pending motion to dismiss challenges the legal sufficiency of the claims and does not raise issues of fact going to the merits of the claims. Further, Claire Harvey's motion to dismiss includes several independent arguments for dismissal on both substantive and jurisdictional grounds. A favorable ruling on the motion would render discovery unnecessary.

### III.  Conclusion

Defendant Claire Harvey respectfully requests that this Motion be granted and that the Court stay discovery, including, without limitation, the initial disclosure, conference, and reporting obligations under this Court's Local Rules, pending the final resolution of her motion to dismiss.

Respectfully submitted this 18th day of February 2026.

HENEFELD & GREEN, P.C.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing *Defendant Claire M. Harvey's Motion to Stay Discovery and Brief in Support*, using the Court's CM/ECF system, which will automatically provide notice of same to all parties of record who are registered to receive notices. Additionally, the filing will be mailed to Plaintiff at this address of record, as follows:

Matthew Harvey<br>
501 North Slappey Boulevard, #1112<br>
Albany, Georgia 31701

This 18th day of February 2026.

                                                HENEFELD & GREEN, P.C.

                                                /s/ Noah Green
                                                Noah Green
                                                Georgia Bar No. 468138
                                                *Attorney for Defendant Claire Harvey*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com