UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:25-CV-04688-JPB |
| CLAIRE M. HARVEY, et al., | |
| Defendants. | |

### **ORDER**

On February 18, 2026, the Court directed Plaintiff to file his portion of the Preliminary Report and Discovery Plan required under Local Rule 16.2 no later than February 25, 2026.  [February 18, 2026 Docket Entry].  To date, Plaintiff has failed to file his Preliminary Report and Discovery Plan, nor has he otherwise responded to the Court's Order.

Accordingly, Plaintiff is **ORDERED** to show cause within seven days why this case should not be dismissed for want of prosecution.  See LR 41.3(A)(2), NDGa.  Failure to respond to this Order will result in dismissal of the case.

**SO ORDERED** this 27th day of February, 2026.

_____
J. P. BOULEE
United States District Judge