UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 6 2026

KEVIN P. WEIMER, Clerk
By:             Deputy Clerk
Matthew A

| | |
|---|---|
| MATTHEW THOMAS HARVEY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:25-cv-04688-JPB |
| v. ) | |
| ) | |
| CLAIRE M. HARVEY, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Matthew Thomas Harvey, Plaintiff pro se, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3, showing the Court as follows:

1.

The undersigned certifies that the following is a full and complete list of all parties in this action:

- Matthew Thomas Harvey, Plaintiff, pro se
- Claire M. Harvey, Defendant
- Molly Y. Teplitzky, Defendant
- Stefanie S. Potter, Defendant
- Kessler & Solomiany, LLC, Defendant

1

- Brandy J. Daswani, Defendant

- Kim C. Oppenheimer, Defendant

2.

A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case:

None.

3.

A complete list of each person serving as an attorney in the case:

- Noah Green: **Henefeld & Green P.C.**

- James R. Doyle: **Lewis Brisbois Bisgaard & Smith LLP**

- Courtney B. Walker, Alex Battey, Tia Brown: **Hall Booth Smith, P.C.**

- Christine L. Mast, Jamie McDowell: **Hawkins Parnell & Young, LLP**

Respectfully submitted this 23rd day of February, 2026.

*/s/ Matthew Thomas Harvey*
**Matthew Thomas Harvey**
Plaintiff, pro se

c/o 501 North Slappey Blvd. #1112
Albany, Georgia 31701
Mharvey7744@gmail.com
(912) 346-5299

## CERTIFICATE OF SERVICE

I certify that on this date I served the foregoing *Plaintiff's Certificate of Interested Persons* via electronic mail upon counsel of record as follows:

- Noah Green, counsel for Claire M. Harvey — ngreen@henefeldgreen.com

- Christine L. Mast & Jamie McDowell, counsel for Kessler & Solomiany, LLC; Stefanie S. Potter; Molly Y. Teplitzky — cmast@hpylaw.com; jmcdowell@hpylaw.com

- Tia Brown, counsel for Kim C. Oppenheimer — tbrown@hallboothsmith.com

- James R. Doyle, II, counsel for Brandy J. Daswani — james.doyle@lewisbrisbois.com

This 23rd day of February, 2026.

/s/ *Matthew Thomas Harvey*
**Matthew Thomas Harvey**
Plaintiff, pro se

c/o 501 North Slappey Boulevard #1112
Albany, Georgia 31701
Mharvey7744@gmail.com
(912) 346-5299