Clerk of Court
U.S. District Court, Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 26 2026

KEVIN P WEIMER, Clerk
By: Matthew H  Deputy Clerk

February 23, 2026

Re: Harvey v. Harvey, et al., Case No. 1:25-cv-04688-JPB

Dear Clerk of Court:

I respectfully submit the enclosed original filings for docketing in the above-referenced matter. I am proceeding pro se and am mailing these documents for filing pursuant to the Court's rules.

Please docket the enclosed filings with respective certificates of service in the following order:

1. Plaintiff's Certificate of Interested Persons; and

2. Plaintiff's Preliminary Report and Discovery Plan.

If the Court requires anything further or if any issue arises with the filing of these materials, please notify me at the mailing address or email listed above.

Thank you for your time and assistance.

Respectfully submitted,

*/s/ Matthew Thomas Harvey*
Matthew Thomas Harvey
Plaintiff, pro se

c/o 501 North Slappey Blvd. #1112
Albany, Georgia 31701
Email: Mharvey7744@gmail.com