UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAIRE M. HARVEY, et al.,<br><br>  Defendants. | CIVIL ACTION NO.:<br>1:25-CV-04688-JPB |

### **SCHEDULING ORDER**

Upon review of the information contained in Defendants' Preliminary Report and Discovery Plan [Doc. 65] and Plaintiff's Preliminary Report and Discovery Plan [Doc. 68], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. This case is assigned to a six-month discovery track.[1]  Discovery is not yet open.  It will commence thirty days after the appearance of the first defendant by answer to the complaint.  The Court expects the parties to complete both fact and expert discovery during this time period.

---

[1] Plaintiff requested an eight-month track, and Defendants requested a four-month track.

2. Dispositive motions shall be filed no later than thirty days after the close of discovery.

**SO ORDERED** this 2nd day of March, 2026.

_____
J. P. BOULEE
United States District Judge