OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS

JPB

ATLANTA GA RPDC 302
20 FEB 2026 PM 5 L

US POSTAGE — PITNEY BOWES
ZIP 30303 $ 000.74⁰
02 7W
0008042126 FEB 19 2026

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 0 4 2026

KEVIN P. WEIMER, Clerk
By: Matthew, Deputy Clerk

CLEARED DATE

MAR 0 4 2026

U.S. Marshals Service    325    FE 1    0003/01/26
Atlanta, GA 30303    RETURN TO SENDER
                     ATTEMPTED - NOT KNOWN
                     UNABLE TO FORWARD

BC: 30303330999    *2801-00670-20-44

30303>3309
31701-140901



WTF

Case: 1:25-cv-04688-JPB

Matthew Thomas Harvey
501 North Slappey Boulevard
#1112
Albany, GA 31701

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

## Other Orders/Judgments
1:25-cv-04688-JPB Harvey v. Harvey et al

4months,SUBMDJ

**U.S. District Court**

**Northern District of Georgia**

### Notice of Electronic Filing

The following transaction was entered on 2/18/2026 at 9:14 AM EST and filed on 2/18/2026
**Case Name:**        Harvey v. Harvey et al
**Case Number:**      1:25-cv-04688-JPB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER: On February 11, 2026, Defendant Kim C. Oppenheimer and Defendants Kessler & Solomiany, LLC, Stefanie S. Potter and Molly Y. Teplitzky (the "Kessler Defendants") filed their Preliminary Report and Discovery Plan. [Doc. 55]; [Doc. 57]. Defendant Brandy J. Daswani then filed a Preliminary Report on Discovery Plan on February 17, 2026. [Doc. 61]. To date, neither Plaintiff nor Defendant Claire M. Harvey have filed a Preliminary Report and Discovery Plan, as required by Local Rule 16.2. Moreover, while Local Rule 16.2 allows pro se litigants to file a separate statement from opposing counsel, it does not permit opposing counsel to file a separate statement from one another. Accordingly, no later than February 25, 2026, Plaintiff is ORDERED to file his portion of the Preliminary Report and Discovery Plan. Additionally, Kim C. Oppenheimer, the Kessler Defendants, Brandy J. Daswani and Claire M. Harvey are ORDERED to file one consolidated Joint Preliminary Report and Discovery Plan no later than February 25, 2026.. (jkl) Modified on 2/18/2026 to correct order text (jkl). (Entered: 02/18/2026)


**1:25-cv-04688-JPB Notice has been electronically mailed to:**

Christine L. Mast     cmast@hpylaw.com, efranz@hpylaw.com, jdavis@hpylaw.com, RCONDE@HPYLAW.COM, tnoble@hpylaw.com

James R. Doyle , II     james.doyle@lewisbrisbois.com, lori.kyle@lewisbrisbois.com

Jamie McDowell     jmcdowell@hpylaw.com

Noah Green     ngreen@henefeldgreen.com, 3278906420@filings.docketbird.com, phenefeld@henefeldgreen.com, pleadings@henefeldgreen.com

Tia Brown     tbrown@hallboothsmith.com

William L. Tomlin     wtomlin@law.ga.gov

**1:25-cv-04688-JPB Notice has been delivered by other means to:**

Matthew Thomas Harvey
501 North Slappey Boulevard
#1112
Albany, GA 31701