**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MATTHEW THOMAS HARVEY,

                Plaintiff(s),

vs.

CLAIRE M. HARVEY, et al.,

                Defendant(s).

CIVIL ACTION FILE

NO. 1:25-CV-04688-JPB

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of the Defendant's Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Atlanta, Georgia, this 24th day of July, 2026.

                                    KEVIN P. WEIMER
                                    CLERK OF COURT

                           By:  s/G. Ward_____
                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 24, 2026
Kevin P. Weimer
Clerk of Court

By: s/G. Ward_____
      Deputy Clerk