---------- Forwarded message ---------
From: **Matthew Harvey** <mharvey7744@gmail.com>
Date: Fri, May 20, 2022 at 7:15 AM
Subject: Re: statement breakdown
To: Kim Oppenheimer <ccsoppenheimer@gmail.com>

Dr. Oppenheimer,

I wanted to give you the opportunity, before I file in small claims court, to reimburse/indemnify me for your failure to fulfill your contractual (and court ordered) obligations.

You have 10 business days to get a check in my hand for $13,000. I'm still contemplating suing for punitive damages (way more than what I am asking). We can let a Fulton county judge decide whether "diagnoses are prejudicial" when it's part of your obligation/job to determine and disclose any.

Also, I have two expert witnesses now lined up to testify that long term antipsychotic use isn't for "sleep." Ambien is for sleep. Lunesta is for sleep. I'd prefer you not make this harder than it needs to be, but I'm more than willing to see this to the end.

Mailing address:

230 Stonecreek Dr.
Franklin, NC 28734


On May 19, 2022, at 11:33 AM, Atlanta Psych <apc@atlantapsych.net> wrote:


Hello Matthew,

See attached statement. Invoice shows all payments made including retainer used. As of right now you paid $12,256.24.


Thank you,
Teresa Cotto
Office Manager
ATLANTA PSYCH CONSULTANTS & CHILD CUSTODY SOLUTIONS
GLENRIDGE HIGHLANDS ONE
5555 GLENRIDGE CONNECTOR, SUITE 200
ATLANTA, GA 30342
Office: 404-847-9560
Fax: 404-847-9537
apc@atlantapsych.net

**WHEN RESPONDING TO THIS EMAIL, PLEASE RESPOND TO ALL PARTIES.**

Notice of Confidentiality.
This transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., information contained within and accompanying this message are CONFIDENTIAL and LEGALLY PROTECTED under Federal CLIENT PRIVILEGE LAW. If the reader of this message is not the intended recipient please note that any dissemination, distribution, or copy of this message is strictly prohibited and may be unlawful. If you have received this message in error,

please notify us immediately by return email and purge all copies of this message from your system. Any information provided by this email is not intended to be a substitute for therapy.

---

**From:** apcadmin@comcast.net <apcadmin@comcast.net>
**Sent:** Thursday, May 19, 2022 10:29 AM
**To:** Atlanta Psych <apc@atlantapsych.net>
**Subject:** Message from "RNP002673CA4E97"

This E-mail was sent from "RNP002673CA4E97" (MP 501).

Scan Date: 05.19.2022 10:29:09 (-0400)
Queries to: apcadmin@comcast.net