# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MATTHEW THOMAS HARVEY <br><br> Plaintiff, pro se, <br><br> v. <br><br> CLAIRE M. HARVEY, ANGELA Z. BROWN, JASON D. MARBUT; JEFFREY M. GORE, BRANDY J. DASWANI, KIM C. OPPENHEIMER, KESSLER & SOLOMIANY, STEFANIE S. POTTER, MOLLY Y. TEPLITZKY, GEORGIA DEPARTMENT OF HUMAN SERVICES, BRIAN P. KEMP, in his Capacity as Governor of Georgia <br><br> Defendants. | CIVIL ACTION FILE NO.: 1:25-cv-04688-JPB |

## AFFIDAVIT IN SUPPORT OF ATTORNEYS' FEES

Personally appeared before the undersigned officer, duly authorized to administer oaths, Courtney B. Walker, who after being duly sworn does state under oath the following:

1.

My name is Courtney B. Walker. I am over the age of eighteen and am competent to give this Affidavit and have personal knowledge of the facts stated herein.

-1-

2.

I am an attorney duly admitted to practice law in the State of Georgia. For over 10 years I have practiced law in Georgia courts. I represent Defendant Kim C. Oppenheimer (hereinafter "Defendant Oppenheimer") in this matter.

3.

The document attached as Exhibit A hereto is a true and correct copy of records kept in the ordinary course of business at my law firm. [1]

4.

The time and labor spent on defending this case since Defendant Oppenheimer waived service on November 04, 2025, through May 31, 2026 are evidenced in the detailed legal billing invoices provided by Defendant Oppenheimer. *See* Exhibit A. The aforementioned are reasonable hourly rates for defending medical and professional negligence cases in the Atlanta metropolitan area and the $19,985 total constitutes reasonable attorney's fees incurred by Defendant Oppenheimer or on Defendant Oppenheimer's behalf from the date Defendant Oppenheimer waived service to May 31, 2026.

Further, Affiant sayeth not.

This _____ day of June, 2026.

*****signature on following page*****

---

[1] Narrative descriptions of the time entries have been redacted on grounds that they constitute attorney-client privileged communications, and reflect attorney work product. Defendant can and will provide these invoices to the Court for in-camera review, unredacted, if and as needed for the Court to evaluate Defendant's Motion for Attorneys' Fees.

Courtney B. Walker
Georgia Bar No. 907859

SWORN TO AND SUBSCRIBED
before me this _____4th_____ day of
__June_____, 2026.


_____
NOTARY PUBLIC
My Comm. Expires _____

-3-

# EXHIBIT "A"



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

November 14, 2025

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

Client:        019017
Matter:        000013
Invoice #.     91899636

**RE:     Harvey v. Oppenheimer, et al.**
          Insured: Kim Oppenheimer, PhD

For Professional Services Rendered Through October 31, 2025

| Date | Professional | Narrative | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/21/25 | Courtney B. Walker | ██████████ | 0.70 | $300.00 | $210.00 |
| 10/22/25 | Courtney B. Walker | ██████████ | 0.30 | $300.00 | $90.00 |
| 10/22/25 | Courtney B. Walker | ██████████ | 0.20 | $300.00 | $60.00 |
| 10/22/25 | Courtney B. Walker | ██████████ | 0.10 | $300.00 | $30.00 |
| 10/22/25 | Courtney B. Walker | ██████████ | 0.80 | $300.00 | $240.00 |
| 10/23/25 | Courtney B. Walker | ██████████ | 0.20 | $300.00 | $60.00 |

November 14, 2025
Client:        019017
Matter:        000013
Invoice #:     91899636
Page: 2

| Date | Professional | Narrative | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/24/25 | Courtney B. Walker | ████████████ | 0.40 | $300.00 | $120.00 |
| 10/24/25 | Courtney B. Walker | ████████████ | 0.10 | $300.00 | $30.00 |
| 10/31/25 | Courtney B. Walker | ████████████ | 0.50 | $300.00 | $150.00 |
| 10/31/25 | Courtney B. Walker | ████████████ | 0.20 | $300.00 | $60.00 |

**Total Fees:**                    **$1,050.00**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|-------------|-------|-------|------|--------|
| Courtney B. Walker | Partner | 3.50 | $300.00 | $1,050.00 |
|  |  | 3.50 |  | $1,050.00 |

**Total Services:**              $        1,050.00

**TOTAL AMOUNT DUE:**         $        1,050.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

November 14, 2025

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

Client:        019017
Matter:        000013
Invoice #.     91899636

**RE:     Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

*For Professional Services Rendered Through October 31, 2025*

Total Services                                                    $1,050.00

Total Disbursements                                                  $0.00

**Total Due This Invoice:**                                      **$1,050.00**

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**If you have already mailed in your payment, please disregard this notice. Thank you!**





**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

December 10, 2025

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91904257 |

**RE:    Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

For Professional Services Rendered Through November 30, 2025

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/25 | Tia M. Brown | ███████████ | 1.20 | $250.00 | $300.00 |
| 11/04/25 | Courtney B. Walker | ███████████ | 0.30 | $300.00 | $90.00 |
| 11/04/25 | Courtney B. Walker | ███████████ | 0.30 | $300.00 | $90.00 |
| 11/05/25 | Courtney B. Walker | ███████████ | 0.40 | $300.00 | $120.00 |
| 11/11/25 | Tia M. Brown | ███████████ | 0.60 | $250.00 | $150.00 |
| 11/12/25 | Tia M. Brown | ███████████ | 0.80 | $250.00 | $200.00 |

December 10, 2025
Client: 019017
Matter: 000013
Invoice #: 91904257
Page: 2

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/25 | Tia M. Brown | | 2.00 | $250.00 | $500.00 |
| 11/21/25 | Tia M. Brown | | 1.00 | $250.00 | $250.00 |
| 11/21/25 | Tia M. Brown | | 3.00 | $250.00 | $750.00 |
| 11/24/25 | Tia M. Brown | | 3.20 | $250.00 | $800.00 |
| 11/24/25 | Tia M. Brown | | 1.00 | $250.00 | $250.00 |
| 11/28/25 | Tia M. Brown | | 0.90 | $250.00 | $225.00 |
| 11/28/25 | Tia M. Brown | | 0.90 | $250.00 | $225.00 |
| 11/30/25 | Tia M. Brown | | 0.20 | $250.00 | $50.00 |

**Total Fees:**                                                                    **$4,000.00**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Tia M. Brown | Associate | 14.80 | $250.00 | $3,700.00 |
| Courtney B. Walker | Partner | 1.00 | $300.00 | $300.00 |
| | | 15.80 | | $4,000.00 |

**Total Services:**                                          $          **4,000.00**

**TOTAL AMOUNT DUE:**                                 $          **4,000.00**

December 10, 2025
Client:                    019017
Matter:                    000013
Invoice #:              91904257
Page: 3



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

December 10, 2025

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

Client:        019017
Matter:        000013
Invoice #.     91904257

**RE:    Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

*For Professional Services Rendered Through November 30, 2025*

Total Services                                                    $4,000.00

Total Disbursements                                                  $0.00

**Total Due This Invoice:**                                      **$4,000.00**

Please verify payment has been submitted for the below invoices

| Date | Invoice No. | Amount |
|------|-------------|--------|
| 11/14/25 | 91899636 | $1,050.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**If you have already mailed in your payment, please disregard this notice. Thank you!**





## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

January 12, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91909670 |

**RE:**    **Harvey v. Oppenheimer, et al.**
          Insured: Kim Oppenheimer, PhD

For Professional Services Rendered Through December 31, 2025

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/25 | Tia M. Brown | █████████ | 1.20 | $250.00 | $300.00 |
| 12/01/25 | Tia M. Brown | █████████ | 1.90 | $250.00 | $475.00 |
| 12/01/25 | Tia M. Brown | █████████ | 1.00 | $250.00 | $250.00 |
| 12/01/25 | Tia M. Brown | █████████ | 1.00 | $250.00 | $250.00 |

January 12, 2026
Client:  019017
Matter:  000013
Invoice #:  91909670
Page: 2

| Date | Professional | Narrative | Hours | Rate | Amount |
|------|--------------|-----------|-------|------|--------|
| 12/02/25 | Tia M. Brown | ███ | 1.20 | $250.00 | $300.00 |
| 12/02/25 | Tia M. Brown | ███ | 1.50 | $250.00 | $375.00 |
| 12/09/25 | Tia M. Brown | ███ | 1.30 | $250.00 | $325.00 |
| 12/09/25 | Tia M. Brown | ███ | 1.30 | $250.00 | $325.00 |
| 12/09/25 | Tia M. Brown | ███ | 0.20 | $250.00 | $50.00 |
| 12/09/25 | Tia M. Brown | ███ | 2.20 | $250.00 | $550.00 |
| 12/09/25 | Tia M. Brown | ███ | 1.00 | $250.00 | $250.00 |
| 12/11/25 | Alex M. Battey | ███ | 0.80 | $300.00 | $240.00 |
| 12/11/25 | Alex M. Battey | ███ | 0.70 | $300.00 | $210.00 |
| 12/11/25 | Alex M. Battey | ███ | 1.10 | $300.00 | $330.00 |

January 12, 2026

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #: | 91909670 |
| | Page: 3 |

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/25 | Tia M. Brown | █████████████ | 0.60 | $250.00 | $150.00 |
| 12/15/25 | Tia M. Brown | █████████████ | 0.70 | $250.00 | $175.00 |
| 12/15/25 | Tia M. Brown | █████████████ | 1.00 | $250.00 | $250.00 |
| 12/16/25 | Tia M. Brown | ████████ mer's Motion to Dismiss. | 0.40 | $250.00 | $100.00 |
| 12/16/25 | Tia M. Brown | . █████████████ | 0.10 | $250.00 | $25.00 |
| 12/16/25 | Tia M. Brown | █████████████ . | 0.10 | $250.00 | $25.00 |
| 12/17/25 | Alex M. Battey | █████████████ | 1.30 | $300.00 | $390.00 |
| 12/30/25 | Tia M. Brown | █████████████ | 0.10 | $250.00 | $25.00 |

| | | |
|---|---|---|
| **Total Fees:** | | **$5,370.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Alex M. Battey | Partner | 3.90 | $300.00 | $1,170.00 |

January 12, 2026
Client:                019017
Matter:                000013
Invoice #:             91909670
Page: 4

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Tia M. Brown | Associate | 16.80 | $250.00 | $4,200.00 |
|  |  | 20.70 |  | $5,370.00 |

| | | |
|---|---|---|
| **Total Services:** | **$** | **5,370.00** |
| **TOTAL AMOUNT DUE:** | **$** | **5,370.00** |



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

January 12, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91909670 |

**RE:** **Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

*For Professional Services Rendered Through December 31, 2025*

| | |
|---|---|
| Total Services | $5,370.00 |
| Total Disbursements | $0.00 |
| **Total Due This Invoice:** | **$5,370.00** |

Please verify payment has been submitted for the below invoices

| Date | Invoice No. | Amount |
|---|---|---|
| 11/14/25 | 91899636 | $1,050.00 |
| 12/10/25 | 91904257 | $4,000.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**If you have already mailed in your payment, please disregard this notice. Thank you!**





**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

February 24, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91918372 |

**RE:    Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

For Professional Services Rendered Through January 31, 2026

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/26 | Tia M. Brown | ███████████ | 0.60 | $250.00 | $150.00 |
| 01/06/26 | Tia M. Brown | ███████████ | 1.00 | $250.00 | $250.00 |
| 01/06/26 | Tia M. Brown | ███████████ | 0.50 | $250.00 | $125.00 |
| 01/08/26 | Tia M. Brown | ███████████ | 3.80 | $250.00 | $950.00 |
| 01/08/26 | Tia M. Brown | ███████████ | 1.00 | $250.00 | $250.00 |

February 24, 2026

| | | |
|---|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #: | 91918372 |
| | Page: 2 |

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/26 | Tia M. Brown | | 0.30 | $250.00 | $75.00 |
| 01/09/26 | Tia M. Brown | | 0.10 | $250.00 | $25.00 |
| 01/10/26 | Tia M. Brown | | 0.10 | $250.00 | $25.00 |
| 01/12/26 | Tia M. Brown | | 0.70 | $250.00 | $175.00 |
| 01/12/26 | Tia M. Brown | | 0.10 | $250.00 | $25.00 |
| 01/19/26 | Tia M. Brown | | 0.10 | $250.00 | $25.00 |
| 01/30/26 | Tia M. Brown | | 0.80 | $250.00 | $200.00 |
| 01/30/26 | Tia M. Brown | | 0.60 | $250.00 | $150.00 |

**Total Fees:**                    **$2,425.00**

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Tia M. Brown | Associate | 9.70 | $250.00 | $2,425.00 |
| | | 9.70 | | $2,425.00 |

**Total Services:**                    **$        2,425.00**

February 24, 2026
Client:          019017
Matter:          000013
Invoice #:       91918372
Page: 3

**TOTAL AMOUNT DUE:**              $              2,425.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

February 24, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

Client:         019017
Matter:         000013
Invoice #.      91918372

**RE:      Harvey v. Oppenheimer, et al.**
           Insured: Kim Oppenheimer, PhD

*For Professional Services Rendered Through January 31, 2026*

| | |
|---|---:|
| Total Services | $2,425.00 |
| Total Disbursements | $0.00 |
| **Total Due This Invoice:** | **$2,425.00** |

Please verify payment has been submitted for the below invoices

| Date | Invoice No. | Amount |
|---|---|---|
| 11/14/25 | 91899636 | $1,050.00 |
| 12/10/25 | 91904257 | $4,000.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**If you have already mailed in your payment, please disregard this notice. Thank you!**





# H|B|S   HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

March 5, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91920113 |

**RE:**    **Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

For Professional Services Rendered Through February 28, 2026

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/26 | Tia M. Brown | ███████ | 0.20 | $250.00 | $50.00 |
| 02/03/26 | Tia M. Brown | ███████ | 0.80 | $250.00 | $200.00 |
| 02/04/26 | Tia M. Brown | ███████ | 1.00 | $250.00 | $250.00 |
| 02/06/26 | Alex M. Battey | ███████ | 0.20 | $300.00 | $60.00 |
| 02/09/26 | Tia M. Brown | ███████ | 0.40 | $250.00 | $100.00 |
| 02/10/26 | Tia M. Brown | ███████ | 2.70 | $250.00 | $675.00 |
| 02/10/26 | Tia M. Brown | ███████ | 2.00 | $250.00 | $500.00 |

March 5, 2026
Client: 019017
Matter: 000013
Invoice #: 91920113
Page: 2

| Date | Professional | Narrative | Hours | Rate | Amount |
|------|--------------|-----------|-------|------|--------|
| 02/11/26 | Tia M. Brown | ██████ | 0.20 | $250.00 | $50.00 |
| 02/11/26 | Tia M. Brown | ██████ | 0.10 | $250.00 | $25.00 |
| 02/11/26 | Tia M. Brown | ██████ | 1.00 | $250.00 | $250.00 |
| 02/11/26 | Tia M. Brown | ██████ | 0.80 | $250.00 | $200.00 |
| 02/12/26 | Tia M. Brown | ██████ | 0.50 | $250.00 | $125.00 |
| 02/12/26 | Tia M. Brown | ██████ | 0.30 | $250.00 | $75.00 |
| 02/12/26 | Alex M. Battey | ██████ | 0.40 | $300.00 | $120.00 |
| 02/12/26 | Alex M. Battey | ██████ | 0.80 | $300.00 | $240.00 |
| 02/12/26 | Alex M. Battey | ██████ | 0.30 | $300.00 | $90.00 |
| 02/12/26 | Alex M. Battey | ██████ | 0.30 | $300.00 | $90.00 |
| 02/16/26 | Tia M. Brown | ██████ | 0.20 | $250.00 | $50.00 |
| 02/18/26 | Tia M. Brown | ██████ | 0.20 | $250.00 | $50.00 |

March 5, 2026
Client:        019017
Matter:       000013
Invoice #:   91920113
Page: 3

| Date | Professional | Narrative | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 02/18/26 | Tia M. Brown | ███████████ | 0.10 | $250.00 | $25.00 |
| 02/23/26 | Alex M. Battey | ███████████ | 6.00 | $300.00 | $1,800.00 |
| 02/23/26 | Alex M. Battey | ███████████ | 0.30 | $300.00 | $90.00 |
| 02/24/26 | Alex M. Battey | ███████████ | 0.30 | $300.00 | $90.00 |
| 02/27/26 | Tia M. Brown | ███████████ | 0.20 | $250.00 | $50.00 |
| | | **Total Fees:** | | | **$5,255.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|-------------|-------|-------|------|--------|
| Alex M. Battey | Partner | 8.60 | $300.00 | $2,580.00 |
| Tia M. Brown | Associate | 10.70 | $250.00 | $2,675.00 |
| | | 19.30 | | $5,255.00 |

**Total Services:**      $       **5,255.00**

**TOTAL AMOUNT DUE:**      $       **5,255.00**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

March 5, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

Client:        019017
Matter:        000013
Invoice #.     91920113

**RE:**     **Harvey v. Oppenheimer, et al.**
          Insured: Kim Oppenheimer, PhD

*For Professional Services Rendered Through February 28, 2026*

| | |
|---|---|
| Total Services | $5,255.00 |
| Total Disbursements | $0.00 |
| **Total Due This Invoice:** | **$5,255.00** |

Please verify payment has been submitted for the below invoices

| Date | Invoice No. | Amount |
|---|---|---|

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**If you have already mailed in your payment, please disregard this notice. Thank you!**



 HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

April 7, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91927140 |

**RE:**   **Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

For Professional Services Rendered Through March 31, 2026

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/26 | Courtney B. Walker | ██████████ | 0.40 | $300.00 | $120.00 |
| 03/03/26 | Tia M. Brown | ██████████ | 0.20 | $250.00 | $50.00 |
| 03/03/26 | Courtney B. Walker | ██████████ | 0.20 | $300.00 | $60.00 |
| 03/10/26 | Courtney B. Walker | ██████████ | 0.10 | $300.00 | $30.00 |

**Total Fees:**   **$260.00**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Tia M. Brown | Associate | 0.20 | $250.00 | $50.00 |
| Courtney B. Walker | Partner | 0.70 | $300.00 | $210.00 |
| | | 0.90 | | $260.00 |

**Total Services:**   $   260.00

**TOTAL AMOUNT DUE:**   $   260.00

April 7, 2026
Client:                                 019017
Matter:                               000013
Invoice #:                       91927140
Page: 2



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

April 7, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91927140 |

**RE:     Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

*For Professional Services Rendered Through March 31, 2026*

| | |
|---|---|
| Total Services | $260.00 |
| Total Disbursements | $0.00 |
| **Total Due This Invoice:** | **$260.00** |

Please verify payment has been submitted for the below invoices

| Date | Invoice No. | Amount |
|---|---|---|

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**If you have already mailed in your payment, please disregard this notice. Thank you!**





**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

June 2, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91937706 |

**RE:    Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

For Professional Services Rendered Through May 31, 2026

| Date | Professional | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/18/26 | Tia M. Brown | █████████ | 0.10 | $250.00 | $25.00 |
| 05/18/26 | Courtney B. Walker | █████████ | 0.30 | $300.00 | $90.00 |
| 05/27/26 | Tia M. Brown | █████████ | 1.00 | $250.00 | $250.00 |
| 05/27/26 | Tia M. Brown | █████████ | 0.90 | $250.00 | $225.00 |
| 05/27/26 | Tia M. Brown | █████████ | 0.60 | $250.00 | $150.00 |

June 2, 2026

Client:  019017
Matter:  000013
Invoice #:  91937706
Page: 2

| Date | Professional | Narrative | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 05/27/26 | Courtney B. Walker | ███████ | 0.40 | $300.00 | $120.00 |
| 05/27/26 | Courtney B. Walker | ███████ | 0.40 | $300.00 | $120.00 |
| 05/27/26 | Courtney B. Walker | ███████ | 0.60 | $300.00 | $180.00 |
| 05/29/26 | Tia M. Brown | ███████ | 0.90 | $250.00 | $225.00 |
| 05/29/26 | Courtney B. Walker | ███████ | 0.30 | $300.00 | $90.00 |
| 05/29/26 | Courtney B. Walker | ███████ | 0.30 | $300.00 | $90.00 |
| 05/29/26 | Courtney B. Walker | ███████ | 0.20 | $300.00 | $60.00 |

**Total Fees:** **$1,625.00**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|--------------|-------|-------|------|--------|
| Tia M. Brown | Associate | 3.50 | $250.00 | $875.00 |
| Courtney B. Walker | Partner | 2.50 | $300.00 | $750.00 |
| | | 6.00 | | $1,625.00 |

June 2, 2026
Client: 019017
Matter: 000013
Invoice #: 91937706
Page: 3

**Total Services:**                  $            1,625.00

**TOTAL AMOUNT DUE:**            $            1,625.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

June 2, 2026

Kim Oppenheimer, PhD
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, GA  30342

| | |
|---|---|
| Client: | 019017 |
| Matter: | 000013 |
| Invoice #. | 91937706 |

**RE:**    **Harvey v. Oppenheimer, et al.**
Insured: Kim Oppenheimer, PhD

*For Professional Services Rendered Through May 31, 2026*

| | |
|---|---|
| Total Services | $1,625.00 |
| Total Disbursements | $0.00 |
| **Total Due This Invoice:** | **$1,625.00** |

Please verify payment has been submitted for the below invoices

| Date | Invoice No. | Amount |
|---|---|---|

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**If you have already mailed in your payment, please disregard this notice. Thank you!**

