Clerk of Court
U.S. District Court, Northern District of Georgia
75 Ted Turner Drive SW, Room 2211
Atlanta, GA 30303-3309

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 14 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**Re: Harvey v. Harvey, et al.**
**Civil Action No. 1:25-cv-04688-JPB**

September 9, 2026

Dear Clerk:

Please receive, date-stamp, and docket the following enclosed submissions in the above-captioned action:

1. Plaintiff's Consolidated Reply in Support of His Rule 59(e) Motion [Doc. 77].
2. Plaintiff's Motion for Leave to Supplement Pending Rule 59(e) Motion and Fee Opposition with Declaration.
3. [Proposed] Plaintiff's Limited Supplemental Response to Fee Motion [Doc. 75] and Request for Service Clarification (including the service declaration).
4. Plaintiff's Motion for Limited Nonparty Privacy Procedures for Declaration-Only Supplement.
5. [Proposed] Order on Motion for Leave to Supplement.
6. [Proposed] Order on Limited Nonparty Privacy Procedures.

Item 1 is an independent reply. Item 3 is tendered as a proposed supplement through the motion in Item 2. Please associate Item 5 with Item 2, and Item 6 with Item 4. No materials are submitted for filing under seal. Thank you for your assistance.

Respectfully,

Matthew Thomas Harvey
Plaintiff, pro se