FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
SEP 14 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br>Plaintiff,<br><br>v.<br><br>CLAIRE M. HARVEY, et al.,<br>Defendants. | **CIVIL ACTION NO.**<br>**1:25-cv-04688-JPB** |

## [PROPOSED] ORDER ON MOTION FOR LEAVE TO SUPPLEMENT

The Court has considered Plaintiff's Motion for Leave to Supplement Pending Rule 59(e) Motion and Fee Opposition with Declaration. The motion is **GRANTED** to the following limited extent:

1. The Court accepts the proposed limited supplemental fee response and its accompanying service declaration as an additional submission concerning Document 75. Document 76 remains in effect.
2. Subject to the Court's separate determination of the timeliness of Document 77 and its ruling on nonparty privacy, the Court permits the accompanying declaration and limited supplemental argument, including the selected email passages quoted within them. No underlying transcript, complete source email, matrix, medical record, or other source exhibit is admitted or deemed filed. This Order does not

find that the information satisfies the newly-discovered-evidence standard, authenticate an underlying record, resolve evidentiary objections, or determine ultimate weight.

3. Defendants may respond to the permitted supplemental material within fourteen days after service of this Order. No additional reply is authorized absent further leave.

4. Any request for identifying information or supporting source records shall be addressed through a procedure separately authorized by the Court. No undisclosed merits evidence or ex parte merits submission is authorized. The Court may decline to rely on a proposition that cannot be fairly tested without additional material.

5. This Order does not vacate the judgment, reopen discovery, add a party, authorize an amended complaint, resolve Document 75 or 77, or extend or restart an appellate deadline. The existing merits reply and opposition remain independent of this supplementation.

**SO ORDERED** this ______ day of ___________________, 2026.

______________________________

**J. P. Boulee**
**United States District Judge**