**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br>Plaintiff,<br><br>v.<br><br>CLAIRE M. HARVEY, et al.,<br>Defendants. | **CIVIL ACTION NO.**<br>**1:25-cv-04688-JPB** |

**DECLARATION CONCERNING SERVICE**

I, Matthew Thomas Harvey, declare from personal knowledge:

1. I received the June 18, 2026 email containing the Rule 11 letter and proposed sanctions/fee motion, and I responded to it. I do not deny that receipt.

2. I was not registered to receive service through CM/ECF for this action, and I did not receive a Notice of Electronic Filing serving Documents 75 or 78. I did not receive those filed papers by direct email or by mail from Oppenheimer's counsel. I later obtained copies through access to the court filings and submitted my opposition. I do not equate the June 18 proposed motion with later service of the filed version.

3. I have reviewed the service language in those filed papers. My request is to clarify and correct the method of service and any resulting response period, not to deny that I ultimately obtained copies.

4. I consent prospectively to service under Rule 5 by direct email to mharvey7744@gmail.com. This statement is not a representation that past service was effective or that I am a CM/ECF registered recipient.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026.

Matthew Thomas Harvey

## CERTIFICATE OF SERVICE

I certify that on September 9, 2026, I caused a true and correct copy of *Plaintiff's Proposed Limited Supplemental Response to Fee Motion and Request for Service Clarification*, including its service declaration, to be served by electronic mail upon all counsel of record as follows:

**Noah Green — Counsel for Claire M. Harvey**

Henefeld & Green, P.C.
2480 Briarcliff Road NE, Suite 6-328
Atlanta, Georgia 30329
ngreen@henefeldgreen.com

**Christine L. Mast and Jamie McDowell — Counsel for the Kessler Defendants**

Hawkins Parnell & Young, LLP
303 Peachtree Street NE, Suite 4000
Atlanta, Georgia 30308-3243
cmast@hpylaw.com; jmcdowell@hpylaw.com

**Courtney B. Walker and Tia Brown — Counsel for Kim C. Oppenheimer**

Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
cwalker@hallboothsmith.com; tbrown@hallboothsmith.com

**James R. Doyle — Counsel for Brandy J. Daswani**

Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
james.doyle@lewisbrisbois.com

**William L. Tomlin — Counsel submitting Document 81**

Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334-1300
wtomlin@law.ga.gov

Respectfully submitted this 9th day of September, 2026.

*<u>/s/ Matthew Thomas Harvey</u>*
**Matthew Thomas Harvey**
Plaintiff, pro se

c/o 501 North Slappey Boulevard #1112
Albany, Georgia 31701
Mharvey7744@gmail.com
(912) 346-5299