**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MATTHEW THOMAS HARVEY,<br>Plaintiff(s),<br>vs.<br>CLAIRE M. HARVEY, et al.,<br>Defendant(s). | CIVIL ACTION FILE<br>NO. 1:25-CV-04688-JPB |

## AMENDED JUDGMENT

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of the Defendant's Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice to the extent Counts VII and VIII of the Amended Complaint were dismissed pursuant to the Rooker-Feldman doctrine. All other claims are dismissed with prejudice.

Dated at Atlanta, Georgia, this 20th day of November, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/G. Ward
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 20, 2026
Kevin P. Weimer
Clerk of Court

By: s/G. Ward

______________________________

Deputy Clerk